## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re

Andrae Renae Chambers

    Debtor

Case No. 14–80298
Chapter 13

## NOTICE OF DEFICIENCY

Notice is hereby given to the Debtor(s) that the above referenced petition is deficient for one or more of the following reasons:

☐ **Fees:**
New case fees to be paid in installments must be accompanied with an application to pay in installments (see below). All other fees are due at time of filing. This case is subject to immediate dismissal if these conditions are not met within 36 hours of petition filing. [ LBR 1006–1 ]

☐ $281 CH. 13 Filing Fee    ☐ $30 Amendment Fee    ☐ Initial Installment    ☐ $765 Convert Ch 13 to 11

☐ $176 Mot: Relief From Stay    ☐ $298 Appeal    ($50 min)

Other Fee:

☐ **Names and Addresses of All Creditors of the Debtor:**
Case is subject to **immediate** dismissal if not submitted within 72 hours of petition filing.

☐ **Application to Pay Filing Fees in Installments:** (Official Form 3)
The debtor must be an individual and submit a signed application with the petition for court approval. [ Fed.R.Bankr.P. 1006(b) ]

☐ **Certifications/Signatures:**
Must be submitted within 14 days of petition filing.

  ☐ Exhibit B of petition not signed by attorney – (Page 2 of petition)

  ☐ Non–Attorney Petition Preparer information incomplete or not signed – (Page 3 of petition)

  ☐ Declaration and Signature of Non–Attorney Petition Preparer – (Official Form 19B)

  ☐ Signature(s) of Debtor(s) – (Page 3 of petition)

☐ **Statement of Monthly Income:** Must be submitted within 14 days of the petition filing.
Form B–22C for CH. 13 Individual Debtors [ 11 U.S.C. §521(a)(1)(B)(v) and Fed.R.Bankr.P. 1007(b) ]

☐ **Payment Advices:** Must be submitted within 14 days of the petition filing.
Copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition by the debtor from any employer of the debtor, or Statement Concerning Payment Advices.
[ 11 U.S.C. §521(a)(1)(B)(iv) and Fed.R.Bankr.P. 1007(b) ]

☐ **Schedules, Statements, and Other Documents:**
Must be submitted within 14 days of the petition filing. Schedules I and J must be used if the debtor is an individual.
[ 11 U.S.C. §521(a)(1) and Fed.R.Bankr.P. 1007(b) & (c) ]

| | | | |
|---|---|---|---|
| ☐ Schedule A | ☐ Schedule D | ☐ Schedule G | ☐ Summary of Schedules |
| ☐ Schedule B | ☐ Schedule E | ☐ Schedule H | ☐ Declaration Concerning Debtor's Schedules |
| ☐ Schedule C | ☐ Schedule F | ☐ Schedule I | ☐ Statistical Summary of Certain Liabilities and Related Data |
| | | ☐ Schedule J | |

☐ **Statement of Financial Affairs:** (Official Form 7)
Must be submitted within 14 days of the petition filing. [ Fed.R.Bankr.P. 1007(b) & (c) ]

☐ **Declaration Re: Electronic Filing of Petition, Schedules, and Statements** (ALMB Local Form 1)
Must be submitted within 14 days of the petition filing and signed by debtor(s) and attorney for debtor(s).

☐ **Statement Disclosing Compensation Paid or to Be Paid to the Attorney for the Debtor:**
Must be submitted within 14 days of petition filing or any other date set by the court. [ 11 U.S.C. §329 and Fed.R.Bankr.P. 2016(b) ]

☑ **Chapter 13 Plan:**
Must be submitted within 14 days of the petition filing. [ Fed.R.Bankr.P. 3015 ]

☐ **Other:** ☐ Signature missing on Declaration    ☐ Attorney address missing    ☐ Missing sttmt of SSN    ☐ Not plain or legible

  ☐ Debtor address missing/incomplete    ☐ Attorney phone no. missing    ☐ Insufficient no. copies    ☐ Change of venue

Notes: