UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re   Case No. 14–80298
Chapter 13

Andrae Renae Chambers

    Debtor

## ORDER CONFIRMING PLAN

The debtor's plan was filed on March 27, 2014. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

    Done this 20th day of June, 2014.

    /s/ Honorable William R. Sawyer
    United States Bankruptcy Judge