IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

IN RE:

ANDRAE RENAE CHAMBERS          CASE NO.: 14-80298-WRS

    DEBTOR.

BRANCH BANKING & TRUST
COMPANY

    PLAINTIFF,

vs.

ANDRAE RENAE CHAMBERS

    DEFENDANT.

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Branch Banking & Trust Company, and moves the Court for relief from the automatic stay pursuant to Rule 1001(a) and Rule 9014, in order that it may proceed with its foreclosure of a mortgage secured by Defendant's property and as grounds for said motion say as follows:

    (1) Debtor's real property is encumbered by a mortgage which is attached hereto, marked Exhibit "A" and specifically made a part hereof.

    (2) Movant's interest in real property described on the attached mortgage located at 302 Crestview Lane, Valley, Alabama 36854 is not adequately protected.

    (3) On or about March 7, 2014, your Debtor, Andrae Renae Chambers, petitioned

Case 14-80298    Doc 57    Filed 09/09/14    Entered 09/09/14 11:41:38    Desc Main
Document     Page 1 of 4

this Honorable Court for debtor's protection pursuant to Title 11, Chapter 13 of the United States Code.

(4) Plaintiff avers that the mortgage marked Exhibit "A" is now greatly in default and mortgagor, Andrae Renae Chambers, is now six (6) months in arrears in post-petition mortgage payments (April, 2014 through September, 2014), as more fully set out in the affidavit attached hereto as Exhibit "B". In fact, Debtor has not made any post-petition mortgage payments.

(5) There is cause for removing the stay, including, but not limited to, the fact Movant's interest in said property is not adequately protected and said property is not necessary for an effective reorganization.

(6) Debtor has demonstrated a continuing default and a clear inability to make payments required by the loan documents, Confirmation Order, and the provisions of the Bankruptcy Code. Consequently, Movant is not adequately protected and, unless granted relief from the Automatic Stay to repossess and dispose of the collateral, will suffer irreparable harm and injury.

(7) Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

(8) Movant also requests upon entry of an Order Granting Relief from Stay that it be excused from having to continue to file notices in this bankruptcy case

Case 14-80298    Doc 57    Filed 09/09/14    Entered 09/09/14 11:41:38    Desc Main
Document      Page 2 of 4

pursuant to Fed. R. Bankr. P. 3002.1.

WHEREFORE, PREMISES CONSIDERED, your Movant Branch Banking & Trust Company, moves for termination of the stay pursuant to 11 U.S.C. § 362(a) to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to foreclosure, in accordance with the provisions of the note and mortgage, and the laws of the State of Alabama; for waiver of future compliance under Fed. R. Bankr. P. 3002.1; for relief to contact Debtor at its option regarding loss mitigation agreements; and for waiver of Bankruptcy Rule 4001 (a)(3).

/s/Michael J. McCormick
Michael J. McCormick
Attorney for Plaintiff
Branch Banking & Trust Company
Our File No.: BBT-14-00455

MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA  30076
(678) 281-3918
mjm@mccallaraymer.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a true and correct copy of the foregoing Motion to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on this the __9th__ day of __September__, 2014. Debtor's counsel was served with this motion via electronic filing issued by the Court Clerk to the email address on record with the Court.

Debtor's Attorney
Charles M. Ingrum, Jr.
bankruptcy@irplaw.com

and the following by regular U.S. Mail addressed to:

Debtor
Andrae Renae Chambers
302 Crestview Lane
Valley, AL 36854

Trustee
Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101

              /s/Michael J. McCormick
              Michael J. McCormick
              Attorney for Plaintiff

MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA  30076
(678) 281-3918
mjm@mccallaraymer.com