# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 14-80298-WRS
                                             Chapter 13

ANDRAE RENAE CHAMBERS,

        Debtor

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

For the reasons set forth on the record on September 30, 2014, on the motion for relief from stay filed by Capital City Bank (Doc. 65), it is

ORDERED that the motion is GRANTED.

Done this 3rd day of October, 2014.

                                              /s/ William R. Sawyer
                                              United States Bankruptcy Judge

c: Charles M. Ingrum, Attorney for Debtor
   Benjamin H. Meade, Attorney for Creditor
   Curtis C. Reding, Trustee