UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 14-80298-WRS
                                         Chapter 13
ANDRAE RENAE CHAMBERS,

    Debtor

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

For the reasons set forth on the record on September 30, 2014, on the motion for relief from stay filed by Capital City Bank (Doc. 65), it is

ORDERED that the motion is GRANTED.

Done this 3rd day of October, 2014.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Charles M. Ingrum, Attorney for Debtor
   Benjamin H. Meade, Attorney for Creditor
   Curtis C. Reding, Trustee

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 14-80298-WRS
Andrae Renae Chambers                                               Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 1127-3          User: ewalker              Page 1 of 1              Date Rcvd: Oct 03, 2014
                              Form ID: pdfSOME           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2014.
db           +Andrae Renae Chambers,    302 Crestview Lane,   Valley, AL 36854-4650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3034486      +E-mail/Text: arnold.holly@ccbg.com Oct 03 2014 21:01:48     Capital City Bank,   PO Box 900,
               Tallahassee, FL 32302-0900
3034487       E-mail/Text: arnold.holly@ccbg.com Oct 03 2014 21:01:48     Capital City Bank,
               Attn: Bankruptcy Dept.,    P.O. Box 900,   Tallahassee, FL 32302-0900
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Capital City Bank,   Post Office Box 900,   Tallahassee, FL 32302-0900
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2014 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Benjamin H Meade    on behalf of Creditor   Capital City Bank Benjamin.Meade@gmail.com,
               benjamin.meade.backup@gmail.com
              Charles M. Ingrum, Jr.    on behalf of Debtor Andrae Renae Chambers bankruptcy@irplaw.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              Donald R Cleveland    on behalf of Creditor   HeritageBank of the South drcleveland@knology.net
              Dustin B Hargett    on behalf of Creditor   Branch Banking and Trust Company
               bhargett@sasserlawfirm.com, scloutier@sasserlawfirm.com
              Joseph M Tucker    on behalf of Creditor   Farmers & Merchants Bank jmtuckerlaw@aol.com
              Michael J. McCormick    on behalf of Creditor   Branch Banking & Trust Company
               BankruptcyECFMail@mccallaraymer.com
              S. Dagnal Rowe    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. dbranche@wilmerlee.com
                                                                                              TOTAL: 9