LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Road
<u>Roswell, GA 30076</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

October 6, 2014

Clerk, United States Bankruptcy Court
P. O. Box 1248
Montgomery, AL 36102-1248

## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtor(s) | Andrae Renae Chambers |
| Case Number | 14-80298 |
| Chapter | 13 |
| Secured Creditor | Branch Banking & Trust Company |
| Loan Number | XXXXXXX325 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Branch Banking & Trust Company
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Michael McCormick
c/o McCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-281-3918
Email: mjm@mccallaraymer.com
Attorney Bar No: ASB-1127-C65M

cc: Curtis C. Reding
    Charles M. Ingrum

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: <u>ANDRAE RENAE CHAMBERS,</u>  CASE NO. <u>14-80298</u>

DEBTOR.  CHAPTER <u>13</u>

# **CERTIFICATE OF SERVICE**

I hereby certify that on 10/06/2014 a copy of the foregoing Notice of Appearance was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses registered with the Court.

1. Curtis C. Reding

   trustees_office@ch13mdal.com

2. Charles M. Ingrum

   bankruptcy@irplaw.com

/s/ Michael McCormick
Michael McCormick, Attorney Bar No. ASB-1127-C65M
1544 Old Alabama Road
Roswell, GA   30076
Phone: 678-281-3918 / Fax: 866-894-4211

File No.: BBT-14-00458
NOA