**The relief described hereinbelow is SO ORDERED**

**Done this 14th day of October, 2014.**



*[signature]*

**William R. Sawyer**
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### OPELIKA DIVISION

**IN RE:**

**ANDREA RENAE CHAMBERS**                    **CASE NO.: 14-80298-WRS-13**

      **DEBTOR.**

### CONSENT ORDER CONDITIONALLY DENYING MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY

This Matter was set for hearing on September 23, 2014, upon the Motion for Relief from the Automatic Stay (hereinafter, "Motion for Relief") of Branch Banking & Trust Company (hereinafter, "BB&T"), seeking relief from the automatic stay imposed by 11 U.S.C. §362(a) as it relates to the enforcement of the lien against the real property located at 302 Crestview Lane, Valley, Alabama 36854, and further described in Exhibit "A" of the Motion for Relief filed with the Court on September 9, 2014. Notice of the hearing was given. Based upon the pleadings, affidavit, and consent of all parties, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Motion for Relief is denied conditionally.

**IT IS FURTHER ORDERED** that Debtor shall pay BB&T all post-petition payments (consisting of the April, 2014 through September, 2014 payments of $345.49 each), and attorney fees of $650.00 and costs of $176.00, which totals $2,898.94.

**IT IS FURTHER ORDERED** that Movant acknowledges receipt of $2,072.94.

**IT IS FURTHER ORDERED** that Debtor's remaining post-petition arrearage of $826.00 shall be placed in the Debtor's Chapter 13 Plan and shall be paid upon the filing of a proper proof of claim. The Debtor's payment to the Chapter 13 Trustee shall be $2,500.00 monthly. BB&T may file an additional claim to be paid at a rate of $17.00 per month.

**IT IS FURTHER ORDERED** that in the event BB&T does not receive any regular monthly payments from Debtor (beginning October, 2014) within the calendar month such payment comes due, and after a twenty (20) day written notice of default to Debtor and Debtor's attorney, the stay provided under 11 U.S.C. Section 362 is terminated automatically without further order of this Court, as it relates to the enforcement of the lien regarding the aforementioned property, and BB&T, its successor and assigns, shall be free to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to, foreclosure, in accordance with the provisions of the Note and Mortgage and the laws of the State of Alabama. This Order shall not be stayed pursuant to Fed.R.Bankr 4001(a)(3). The provisions of this Order shall continue to remain in force and effect upon the conversion of this case to any other Chapter of the Bankruptcy code.

**IT IS FURTHER ORDERED** that BB&T and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Final agreements are subject to Court approval. BB&T may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse, unless included in a reaffirmation agreement in a Chapter 7 case.

**IT IS FURTHER ORDERED** that BB&T shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with the applicable nonbankruptcy law.

###END OF DOCUMENT###

This Order prepared by

 /s/ Michael J. McCormick
MCCALLA RAYMER, LLC, Attorney for BB&T
Michael J. McCormick
1544 Old Alabama Road
Roswell, Georgia 30076-2102
678-281-3918
mjm@mccallaraymer.com

Order consented to by:

 /s/ Charles M. Ingram, Jr. with express permission
Charles M. Ingram, Jr.
Debtor's Attorney
Ingrum, Rice, & Parr, LLC
PO Box 229
Opelika, AL 36803
334-745-3333
Fax : 334-745-3155
Email: bankruptcy@irplaw.com

*(Signatures continued on the next page)*

_/s/Tina J. Hayes_____

Tina J. Hayes
Staff Attorney for Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101
334-262-8371