IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

IN RE:
                                                      *

ANDRAE RENAE CHAMBERS,     *   CASE NO.: 14-80298 WRS-13
                                                      *
                                                      *
                                                      *

Debtor.

## NOTICE OF DEFAULT FILED BY WELLS FARGO BANK, N.A. d/b/a WELLS FARGO DEALER SERVICES

Comes now **Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services** (hereinafter "Creditor"), by and through its attorney of record, William C. Poole, LLC, and files this Notice of Default pursuant to this Court's order of June 12, 2014.

A review of the records of Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services reveals that the Debtor has failed to comply with the terms of paragraph two (2) of said Order. Debtor currently has an arrears of $1,004.36 as of today's date.

Creditor requests that the Debtor cure the default of $1,004.36 and that the account be current within ten (10) days. Otherwise, the stay will lift pursuant to the Conditionally Denied Order Terminating the Stay entered by this Honorable Court on June 12, 2014.

                                          William C. Poole, LLC
                                          Attorney For
                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services

                                          /s/ William C. Poole
                                          William C. Poole POOLW4929
                                          917 Western America Circle
                                          Suite 200
                                          Mobile, Alabama 36609
                                          (251) 344-5015
                                          (251) 344-5125 fax

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 16th day of October, 2014, a copy of the foregoing document was served on the following:

Andrae Renae Chambers
302 Crestview Lane
Valley, AL 36854

Charles M. Ingrum, Jr.
Ingrum, Rice, & parr, LLC
Post Office Box 229
Opelika, AL 36803

Curtis C. Reding
Post Office Box 173
Montgomery, AL 36101

by ECF or/and by mailing a copy of the same United States Mail, properly addressed and first class postage prepaid.

      /S/ William C. Poole
      William C. Poole, Esq.

/dsp