The relief described hereinbelow is SO ORDERED

Done this 17th day of October, 2014.



*William R. Sawyer*
*United States Bankruptcy Judge*

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

RE: CHAMBERS, ANDRAE RENAE, )
                                          )     Case No.: 14-80298
      Debtor.                     )

## CONSENT ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY

      Upon consideration of the stipulation of the parties to a termination of the automatic stay, as well as any co-debtor stay, it is ORDERED that the Motion for Relief filed by CAPITAL CITY BANK regarding REAL PROPERTIES LOCATED AT: 208 CRESTVIEW LANE, VALLEY, ALABAMA 36854, 49 LIBRARY STREET, VALLEY, ALABAMA 36854 and 611 HARWELL AVENUE, LAGRANGE, GEORGIA 30240 is CONDITIONALLY DENIED with the following provisions:

      ORDERED The post-petition arrears on CAPITAL CITY BANK installment payments through SEPTEMBER 15, 2014, on loan XXXXXX3771 (Claim #27), secured by the Crestview property, are placed under the plan, along with accrued late fees all amounting to $2,704.36. CAPITAL CITY BANK will file amended claim for pre and post-petition arrears totaling $4,204.36. The specified payment on this claim will be $97.00.

      ORDERED The post-petition arrears on CAPITAL CITY BANK installment payments through SEPTEMBER 15, 2014, on loan XXXXXX3770 (Claim #28), secured by the Harwell & Library properties, are placed under the plan, along with accrued late fees and fees and costs of the attorney for the creditor for in the amount of $581.00, all amounting to $6,998.97. CAPITAL CITY BANK will file an amended claim for pre and post-petition arrears totaling $9,998.97. The specified payment on this claim will be $233.00.

      The Chapter 13 plan payments are set at $2,500.00 monthly.

The amended claims must include any pre-petition arrears for which a proof of claim has already been filed, and the post-petition arrears, fees and costs. This claim, which includes the pre and post-petition arrears, fees and costs, is designated as the amended claim, to be paid in accordance with the terms of the plan. Interest shall accrue on that amended claim at 7.00%. The debtor authorizes the trustee to modify the plan to implement such modification.

Debtor shall resume all direct non-plan payments to the creditor beginning with the October 15, 2014 payments.

It is FURTHER ORDERED that beginning with the payment due in OCTOBER 15, 2014, that the stay will terminate without further order of the court if the debtor defaults in payments and the debtor does not cure the default within 30 days from the date the creditor files a certificate of default with the court. The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order, without further hearing, if the debtor fails to cure the default within 30 days from the filing date of the certificate. In the event that the Creditor has to file a notice of default pursuant to this order, the Creditor may assess a $100.00 fee to the debtors account for each such notice.

Further, the Creditor is allowed to communicate with the Debtor any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this Order.

If the automatic stay is terminated pursuant to the provisions of this order, Capital City Bank is thereafter entitled to enforce any and all of its right, title, and interest in and to the subject property under applicable non-bankruptcy law. Upon entry of this Order the 14-day stay of Rule FRBP 4001(a)(3) is hereby waived.

This order was reviewed and agreed to by counsel for Debtor and Trustee.

### END OF ORDER ###

This order submitted by:

/s/ Benjamin H. Meade
Benjamin H. Meade
Jeffrey Tickal
Attorneys for CREDITOR Capital City Bank
Gullage & Tickal, LLP
511 Geneva Street
Opelika, Alabama 36801
334-737-3733