UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: )
    CHAMBERS, ANDRAE RENAE ) Chapter 13
     ) Case No.: 14-80298
Debtor. )

## NOTICE OF DEFAULT FILED BY CAPITAL CITY BANK

**NOW COMES** CAPTIAL CITY BANK ("CCB"), a secured creditor herein, by and through its attorneys, Gullage & Tickal, LLP, and files this Notice of Default pursuant to this Court's order of October 17, 2014. The Debtor has failed to comply with the terms of said Order. As of today, Debtor currently owes arrears of $2,274.76. Creditor requests that the Debtor cure the default of $2,274.76 and that the account be current within thirty (30) days. Otherwise, the stay will lift pursuant to the Consent Order Conditionally Denying Motion for Relief from Automatic Stay (Doc 75). Additionally, pursuant to said Order, Creditor assesses a $100.00 fee for this Notice.

Respectfully submitted this 31st day of October, 2014.

                                                                            CCB BANK


                                                                      */s/ Benjamin H. Meade*
                                                                      Attorney for Movant

Of counsel:
Gullage & Tickal, LLP
511 Geneva Street
Opelika, Alabama 36801


## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and accurate copy of the foregoing document via either this Court's Electronic Filing System or United States Postal Mail, postage prepaid and properly addressed, on the following parties on this the 31st day of October, 2014:

      Hon. Curtis C. Reding, Trustee

Post Office Box 173
Montgomery, Alabama 36101

Hon. Charles M. Ingrum, Jr.
Post Office Box 229
Opelika, Alabama 36803

Mr. Andrae Renae Chambers
302 Crewstview Lane
Valley, Alabama 36854


All Parties of Record via the CM/ECF Electronic Filing System.


                                              */s/ Benjamin H. Meade*
                                              Attorney for Movant