IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case NO. 14-80298 |
| | ) | |
| ANDRAE RENAE CHAMBERS | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: William R. Sawyer |
| Debtor | ) | |

## WITHDRAWAL OF PROOF OF CLAIM (#29-1)

COMES NOW Branch Banking & Trust Company, a secured creditor holding a Security Deed against the real property commonly known as 302 Crestview Lane, Valley, AL 36854 and withdraws the following Proof of Claim:

| | |
|---|---|
| Creditor Name: | Branch Banking & Trust Company |
| Proof of Claim Number: | 29-1 |
| Proof of Claim Filed Date: | November 3, 2014 |
| Secured Claim Amount: | $ 826.00 |
| Arrearage Claim Amount: | $ 826.00 |

Branch Banking & Trust Company requests that the Trustee cease funding the claim.

This 5th day of November, 2014

/s/ Michael J. McCormick
Michael J. McCormick, AL Bar No. ASB-1127-C65M
Attorney for Branch Banking & Trust Company
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA   30076
678-281-3918

File No. BBT-14-00455

CERTIFICATE OF SERVICE

       I hereby certify that I have served a true and correct copy of the foregoing Withdrawal of Proof of Claim to the following registered ECF participants, electronically through the Court's ECF System at the email registered with the Court and to the following via ordinary U.S. Mail as indicated below on this:

*Served by ordinary U.S. Mail*

**Debtor:**

Andrae Renae Chambers
302 Crestview Lane
Valley,   36854

*Served Electronically by the Court*

**Trustee:**

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101

**Debtor's Attorney:**

Charles M. Ingrum
Ingrum, Rice, & Parr, LLC
Post Office Box 229
Opelika, AL 36803

This 5th day of November, 2014

  /s/ Michael J. McCormick
Michael J. McCormick, AL Bar No. ASB-1127-C65M
Attorney for Branch Banking & Trust Company
McCalla, Raymer, LLC
1544 Old Alabama Road
Roswell, GA   30076
678-281-3918

File No. BBT-14-00455