**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**In Re: Andrae Renae Chambers,** **Case No: 14-80298**
**Debtor(s).** **Chapter 13**

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

**COMES NOW THE DEBTOR,** Andrae Renae Chambers, and through his attorney, Charles M. Ingrum, Jr., and files this Objection to Trustee's Motion to Dismiss as follows:

1. The Trustee filed a Motion to Dismiss stating that the Debtor failed to make payments to the Trustee pursuant to the terms of the Debtor's confirmed plan.

2. The Debtor had some unexpected expenses but this has since been resolved and he can now resume his regular payments.

3. The Debtor mailed in a payment of $5,000.00 on November 18, 2014. (see attached).

4. The Debtor wishes to remain in this Chapter 13 Plan.

**WHEREFORE THESE PREMISES CONSIDERED**, the Debtor respectfully requests that this Honorable Court allow him to continue with his Chapter 13 Plan and give him the opportunity to pay out his plan.

Respectfully Submitted this the 20th day of November, 2014.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney for Debtor
P.O. Box 229
Opelika, Alabama 36803-0229
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155
bankruptcy@irplaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S MOTION TO DISMISS has been served upon Curtis C. Reding, Chapter 13 Trustee, P.O. Box 173, Montgomery, AL 36101-0173 by electronically mailing on this the 20th day of November, 2014.

/s/ Charles M. Ingrum, Jr.

Charles M. Ingrum, Jr. (ING-028)
Attorney at Law
P.O. Box 229
Opelika, Alabama 36803-0229
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155
bankruptcy@irplaw.com

UNITED STATES POSTAL SERVICE®

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Curtis Reding

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 22379284146 | 2014-11-18 | 368010 | $1000.00 | 0008 |

UNITED STATES POSTAL SERVICE®

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Curtis Reding

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 22379284135 | 2014-11-18 | 368010 | $1000.00 | 0008 |

UNITED STATES POSTAL SERVICE®

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to Curtis Redding

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 22379284157 | 2014-11-18 | 368010 | $900.00 | 0008 |

Andrae Chambers
14-80298

## Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Tues, Nov 18, 2014

EXPECTED DELIVERY DATE:
WED, NOV 19, 2014 10:30 AM

SHIP FROM:
ANDRAE CHAMBERS
602 CUSSETA RD
VALLEY AL 36854-4869
(706) 590-0092

SHIP TO:
CURTIS REDING
CHAPTER 13 TRUSTEE
chapter 13 PO BOX 613108
MEMPHIS TN 38101-3108
Business
(334) 262-8371

SHIPPED THROUGH:
UPS CC OPELIKA AL
OPELIKA,AL 36801
(334) 742-9097

SHIPMENT INFORMATION:
UPS Next Day Air Com
0.10 lbs actual wt
LTR Billed Weight
Carrier Letter

Tracking Number: 1z330X520115083162
Shipment ID: MAGX7A1RYJ0SP
Ship Ref 1: - -
Ship Ref 2: - -

DESCRIPTION OF GOODS:
MONEY ORDER

SHIPMENT CHARGES:

| | |
|---|---|
| Next Day Air Com | $31.05 |
| Service Options | $0.00 |
| Fuel Surcharge | $2.95 |
| Total | $34.00 |

COMPLETE ONLINE SHIPMENT TRACKING INFO:
Enter the following address in your web browser to view tracking info:
http://wwwapps.ups.com/ietracking/tracking.cgi?tracknum=1Z330X520115083162

QUESTIONS ABOUT YOUR SHIPMENT?
Call the carrier at: 1-800-PICK-UPS (1-800-742-5877)
Or contact SHIPPED THROUGH facility list.

ShipmentID: MAGX7A1RYJ0SP

Powered by iShip(r)
11/18/2014 04:39 PM Pacific Time N

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and

UNITED STATES POSTAL SERVICE ® CUSTOMER'S

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Curtis Reding

Address

| Serial Number | Year, Month, Day | Post Office |
|---|---|---|
| 22379284146 | 2014-11-18 | 368010 |

UNITED STATES POSTAL SERVICE ® CUSTOMER'S

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Curtis Reding

Address

| Serial Number | Year, Month, Day | Post Office |
|---|---|---|
| 22379284135 | 2014-11-18 | 368010 |

UNITED STATES POSTAL SERVICE ® CUSTOMER'S

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Curtis Redding

Address

| Serial Number | Year, Month, Day | Post Office |
|---|---|---|
| 22379284157 | 2014-11-18 | 368010 |

LOAD THIS DIRECTION, THIS SIDE

LOAD THIS DIRECTION, THIS SIDE UP

### MONEY ORDER RECEIPT - NON NEGOTIABLE

Curtis Reding

Try the new Western Union Payments service for all your bills and get guaranteed proof of payment. To learn more and to search over 10,000 billers, goto WesternUnionPaysMyBills.com.

AGT 315645 LOC 000631 DT 111814 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 17096975517 *

LOAD THIS DIRECTION, THIS SIDE UP

### MONEY ORDER RECEIPT - NON NEGOTIABLE

Curtis Reding

Try the new Western Union Payments service for all your bills and get guaranteed proof of payment. To learn more and to search over 10,000 billers, goto WesternUnionPaysMyBills.com.

AGT 315645 LOC 000631 DT 111814 $100.00 1HUNDREDDOLLARS AND NO CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer

LOAD THIS DIRECTION, THIS SIDE UP

### MONEY ORDER RECEIPT - NON NEGOTIABLE

Curtis Reding

Try the new Western Union Payments service for all your bills and get guaranteed proof of payment. To learn more and to search over 10,000 billers, goto WesternUnionPaysMyBills.com.

AGT 315645 LOC 000631 DT 111814 $1000.00 1THOUSANDDOLLARS AND NO CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 17096975516 *