# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re

Case No. 14−80298
Chapter 13

Andrae Renae Chambers

    Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, George W. Andrews Federal Building, 701 Avenue A, Opelika, AL 36801

on December 17, 2014 at 10:15 AM

to consider and act upon the following:

*77* − Trustee's Motion to Conditionally Dismiss Case (ExParte) for Failure to Make Plan Payments . Responses due by 11/20/2014. (Reding, Curtis)

*86* − Debtor's Objection to Trustee's Motion to Dismiss filed by Charles M. Ingrum Jr. on behalf of Andrae Renae Chambers (RE: related document(s)77 Trustee's Motion to Conditionally Dismiss Case (ExParte)). (Ingrum, Charles)

Dated: November 20, 2014

*[signature]*

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                            Middle District of Alabama
In re:                                                            Case No. 14-80298-WRS
Andrae Renae Chambers                                             Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 1127-3          User: blivingst              Page 1 of 1              Date Rcvd: Nov 20, 2014
                              Form ID: ntchrgBK            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2014.
db            +Andrae Renae Chambers,    302 Crestview Lane,    Valley, AL 36854-4650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2014 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles M. Ingrum, Jr.   on behalf of Debtor Andrae Renae Chambers bankruptcy@irplaw.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              Donald R Cleveland    on behalf of Creditor   HeritageBank of the South drcleveland@knology.net
              Dustin B Hargett    on behalf of Creditor   Branch Banking and Trust Company
               bhargett@sasserlawfirm.com,   scloutier@sasserlawfirm.com
              Jeffrey G Tickal    on behalf of Creditor   Capital City Bank jeff@gtflawfirm.com,
               jan@gtflawfirm.com
              Joseph M Tucker    on behalf of Creditor   Farmers & Merchants Bank jmtuckerlaw@aol.com
              Michael J. McCormick    on behalf of Creditor   Branch Banking & Trust Company
               BankruptcyECFMail@mccallaraymer.com
              S. Dagnal Rowe    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. dbranche@wilmerlee.com
              William C. Poole    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. william_poole@bellsouth.net,   debbie_presley@bellsouth.net
                                                                                              TOTAL: 10
```