IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                             CASE NO. 14-80298-WRS
                                                                                                       CHAPTER 13

**ANDRAE RENAE CHAMBERS**

      **Debtor(s)**

## TRUSTEE'S STATUS REPORT IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS

      COMES NOW the Trustee, by and through the undersigned counsel, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on March 07, 2014 and confirmed on June 11, 2014.
2. Debtor's current plan payments are $2,500.00 monthly, and the overall pay record is 33.33% .
3. No prior motions to dismiss have been filed in this case.
4. This is the only Motion to Dismiss filed in the past 12 months.
5. The last payments received by the Trustee from the debtor were received on:

| Amount | Date | # | Amount | Date | # | Amount | Date | # |
|---|---|---|---|---|---|---|---|---|
| $500.00 | 05/01/2014 | 7608 | $1,000.00 | 05/01/2014 | 7597 | $1,000.00 | 05/01/2014 | 7586 |
| $1,000.00 | 08/19/2014 | 0587 | $1,000.00 | 08/19/2014 | 0611 | $1,000.00 | 08/19/2014 | 0598 |
| $1,000.00 | 08/19/2014 | 0600 | $1,000.00 | 08/19/2014 | 0622 | | | |

6. The case is feasible.

Respectfully submitted on December 11, 2014.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | */s/ Curtis C. Reding*<br>―――――――――――<br>Curtis C. Reding<br>Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

      I, Curtis C. Reding, certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on December 11, 2014.

                                                                                        */s/ Curtis C. Reding*
                                                                                        ―――――――――――
                                                                                        Curtis C. Reding
                                                                                        Chapter 13 Trustee

ANDRAE RENAE CHAMBERS
302 CRESTVIEW LANE
VALLEY, AL 36854