IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE ANDRAE RENAE CHAMBERS,   CHAPTER 13
                               Case No. 14-80298-WRS
DEBTOR

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now HeritageBank of the South, successor in interest to Frontier Bank by asset acquisition from the FDIC as Receiver for Frontier Bank (hereinafter sometimes referred to as Lender), as secured creditor in this bankruptcy proceeding, and, pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, moves this Court for relief from the automatic stay in order to permit HeritageBank of the South to exercise all of its statutory and contractual rights and remedies in and to the properties securing the obligations of Andrae Renae Chambers (hereinafter referred to as Debtor) to HeritageBank of the South. In support of this Motion, HeritageBank of the South relies on the pleadings of record heretofore filed herein and the affidavit of Brent E. Davis, which is attached hereto as Exhibit A, and shows as follows:

1. On March 7, 2014, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the Bankruptcy Code, and on March 27, he filed his proposed Chapter 13 Plan, schedules and income statements.

2. On July 24, 25, and 28, Lender filed proofs of claims (Claims Number 16 through 26) with regard to arrearages on loans of Debtor held by Lender.

3. On March 6, 2008, in **Loan Number 948977**, Debtor executed a promissory note, as modified on July 12, 2010, in the original amount of $40,000.00, secured by a real estate mortgage on property located in Chambers County, Alabama, as described therein, which is

recorded at Document No. 2008-1237. To the best of Lender's knowledge, information and belief the property securing said loan is located at **514 Cusseta Road, Valley, Alabama**. Documentation evidencing said note and mortgage is attached hereto as Exhibit B-1, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$361.34**. To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$34,716.60,** and accrued interest in the amount of **$2,211.63** and late charges of **$108.42**.

4. On January 9, 2009, in **Loan Number 951994**, Debtor executed a promissory note, as modified on January 26, 2010, in the original amount of $55,000.00, secured by a real estate mortgage on property located in Chambers County, Alabama, as described therein, which is recorded at Document No. 2009-152. To the best of Lender's knowledge, information and belief the property securing said loan is located at **106 Combs Street, Valley, Alabama**. Documentation evidencing said note and mortgage is attached hereto as Exhibit B-2, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$497.42**. To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$46,401.77,** and accrued interest in the amount of **$2,953.14** and late charges of **$174.09**.

5. On June 15, 2007, in **Loan Number 939773**, Debtor executed a promissory note, as modified on July 12, 2010, in the original amount of $29,750.00, secured by a real estate mortgage on property located in Chambers County, Alabama, as described therein, which is recorded at Document No. 2007-3320. To the best of Lender's knowledge, information and

belief the property securing said loan is located at **660 South Fifth Ave., Lanett, Alabama**. Documentation evidencing said note and mortgage is attached hereto as Exhibit B-3, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$276.32**. To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$21,599.52,** and accrued interest in the amount of **$1,377.31** and late charges of **$82.92**.

6. On April 28, 2009, in **Loan Number 961191,** in a renewal of a previous loan, Debtor executed a promissory note in the original amount of $21,426.00, secured by a real estate mortgage on property located in Chambers County, Alabama, as described therein, which is recorded at Document No. 2006-1682. To the best of Lender's knowledge, information and belief the property securing said loan is located on **South 5th Avenue** and **South 8th St., Lanett, Alabama**. Documentation evidencing said note and mortgage is attached hereto as Exhibit B-4, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note calls for monthly payments of **$319.99**. To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$8,799.49,** and accrued interest in the amount of **$519.24** and late charges of **$96.00**.

7. On April 10, 2009, in **Loan Number 957402**, Debtor executed a promissory note, as modified on July 12, 2010, in the original amount of $221,000.00, secured by a real estate mortgage on property located in Chambers County, Alabama, as described therein, which is recorded at Document No. 2009-1473. To the best of Lender's knowledge, information and belief the property securing said loan is located at **114 Morgan St., 2411-32nd Place**, and **2004-**

35th Street, Valley, Alabama. Documentation evidencing said note and mortgage is attached hereto as Exhibit B-5, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$1,727.24**. To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$203,414.36,** and accrued interest in the amount of **$17,397.60** and late charges of **$604.52**.

8. On April 8, 2008, in **Loan Number 948985**, Debtor executed a promissory note, as modified on June 2, 2009, in the original amount of $56,300.00, secured by a deed to secure debt on property located in Troup County, Georgia, as described therein, which is recorded at Deed Book 1474, Page 637. To the best of Lender's knowledge, information and belief the property securing said loan is located at **1006 East 10th St., West Point, Georgia**. Documentation evidencing said note and deed to secure debt is attached hereto as Exhibit B-6, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$440.81**. To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$50,471.78,** and accrued interest in the amount of **$3,218.97** and late charges of **$132.24**.

9. On December 31, 2004, in **Loan Number 904287**, Debtor executed a promissory note, as modified on July 14, 2010, in the original amount of $100,000.00, secured by a real estate mortgage on property located in Chambers County, Alabama, as described therein, which is recorded at Document No. 2005-93. To the best of Lender's knowledge, information and belief the property securing said loan is located at **302 U. S. Highway 29 and 5303 & 5305 19th**

**Avenue, Valley, Alabama.** Documentation evidencing said note and mortgage is attached hereto as Exhibit B-7, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$773.99**. To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$92,426.56,** and accrued interest in the amount of **$5,894.76** and late charges of **$270.90**.

10. On December 18, 2009, in **Loan Number 965936**, Debtor executed a promissory note in the original amount of $17,100.00, secured by a real estate mortgage on property located in Chambers County, Alabama, as described therein, which is recorded at Document No. 2009-5126. To the best of Lender's knowledge, information and belief the property securing said loan is located at **1121 Plantation Road, Valley, Alabama**. Documentation evidencing said note and mortgage is attached hereto as Exhibit B-8, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note calls for monthly payments of **$340.29**. To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$4,864.75,** and accrued interest in the amount of **$325.34** and late charges of **$119.07**.

11. On September 5, 2006, in **Loan Number 930946,** Debtor executed a promissory note, as modified on October 29, 2009, in the original amount of $281,000.00, secured by a real estate mortgage on property located in Chambers County, Alabama, as described therein, which is recorded at Document No. 2006-4477. To the best of Lender's knowledge, information and belief the property securing said loan is located at **602 & 604 Cusseta Road** and **210 U. S.**

**Highway 29, Valley, Alabama**. Documentation evidencing said note and mortgage is attached hereto as Exhibit B-9, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$2,236.09.** To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$232,921.84,** and accrued interest in the amount of **$20,613.63** and late charges of **$800.00.**

12. On December 22, 2005, in **Loan Number 922838**, Debtor executed a promissory note, as modified on July 12, 2010, in the original amount of $81,400.00, secured by a real estate mortgage on property located in Chambers County, Alabama, as described therein, which is recorded at Document No. 2006-128. To the best of Lender's knowledge, information and belief the property securing said loan is located at **608 Martin Luther King, Jr. Drive, Valley, Alabama, 109 N. 2nd Ave., Lanett, Alabama,** and **1087 County Road 501, Cusseta, Alabama.** Documentation evidencing said note and mortgage is attached hereto as Exhibit B-10, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$342.96.** To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$21,934.21,** and accrued interest in the amount of **$1,403.95** and late charges of **$102.90.**

13. On May 22, 2008, in **Loan Number 950378,** Debtor executed a promissory note, as modified on June 3, 2009, in the original amount of $44,000.00, secured by a deed to secure debt on property located in Troup County, Georgia, as described therein, which is recorded at Deed Book 1481, Page 144. To the best of Lender's knowledge, information and belief the property

securing said loan is located at **334 Samples Road, West Point, Georgia**. Documentation evidencing said note and deed to secure debt is attached hereto as Exhibit B-11, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$344.44**. To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$38,697.08,** and accrued interest in the amount of **$2,473.00** and late charges of **$103.32**.

14. On May 18, 2012, in **Loan Number 982091**, Debtor executed a promissory note in the original amount of $324,358.00, secured by mortgages on property located in Chambers County, Alabama, which are recorded at Document No. 2007-6715, 2007-6307, and 2007-4671, and a deed to secure debt on property located in Meriwether County, Georgia, which is recorded at Deed Book 703, Page 538. To the best of Lender's knowledge, information and belief the property securing said loan is located at **504 Cusseta Road, Valley, Alabama, 2205 South 33rd St., Valley, Alabama, 605 U. S. Highway No. 29, Valley, Alabama,** and **508 Martin Luther King Drive, Manchester, Georgia**. Documentation evidencing said note, mortgages and deed to secure debt is attached hereto as Exhibit B-12, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note calls for monthly payments of **$3,783.50.** To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$299,605.70,** and accrued interest in the amount of **$18,700.38** and late charges of **$800.00**.

15. On February 1, 2007, in **Loan Number 933945,** Debtor executed a promissory note, as modified on February 26, 2010, in the original amount of $81,000.00, secured by a real estate

mortgage on property located in Chambers County, Alabama, as described therein, which is recorded at Document No. 2007-764. To the best of Lender's knowledge, information and belief the property securing said loan is located at **1804 Broad Ave., Lanett, Alabama.** Documentation evidencing said note and mortgage is attached hereto as Exhibit B-13, complete copies being available. Pursuant to the plan heretofore filed by the Debtor, post-petition payments on this loan were to be made by Debtor directly to Lender beginning on April 1, 2014. The note, as modified, calls for monthly payments of **$748.74.** To date, no post-petition payments have been made on this loan. As of October 14, 2014, the loan had a principal balance of **$46,604.91** and accrued interest in the amount of **$199.37**.

16. Lender respectfully submits that Debtor's failure to make payments on the aforementioned loans constitutes a continuing default with regard to each loan, and, that such default threatens Lender with irreparable injury, loss and damage.

17. In light of the foregoing, Lender submits that grounds exist to terminate the automatic stay with regard to each of the above-enumerated loans in order to allow Lender to exercise its contractual rights with regard to the collateral securing each of said loans.

WHEREFORE, HeritageBank of the South, as Lender requests relief from the automatic stay permitting Lender to exercise all of its statutory and contractual rights with regard to the collateral securing said loans.

Respectfully submitted this 12th day of January, 2015.

*/s/ Donald R. Cleveland*

Donald R. Cleveland
Attorney for HeritageBank of the South
Ala. State Bar ID No. ASB 4441 A55D
Post Office Box 527
West Point, Georgia 31833
706.643.9552
drcleveland@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing Motion for Relief from Automatic Stay upon Debtor, Counsel for Debtor, Bankruptcy Trustee and the Bankruptcy Administrator listed below by placing a copy of the same in the United States Mail, first-class postage prepaid, on this the 12th day of January, 2015:

Mr. Andrae Renae Chambers
203 Crestview Lane
Valley, Alabama 36854
Debtor

Charles M. Ingrum Jr, Esq.
Ingrum, Rice & Parr, LLC
Post Office Box 229
Opelika, Alabama 36803
Attorney for Debtor

Curtis C. Reding, Esq.
Bankruptcy Trustee
Post Box 173
Montgomery, Alabama 36101

U. S. Bankruptcy Administrator
One Church Street
Montgomery, Alabama 36104

Donald R. Cleveland
Attorney for HeritageBank of the South