# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                        Case No. 14–80298
                                             Chapter 13
Andrae Renae Chambers

    Debtor

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on February 10, 2015 at 01:30 PM

to consider and act upon the following:

**93** – Motion for Relief from Stay . Fee Amount $176 filed by Donald R Cleveland on behalf of HeritageBank of the South. (Attachments: # 1 Affidavit Affidavit of Brent Davis # 2 Exhibit Loan 948977 Note & Mortgage–Ex. B1 # 3 Exhibit Loan 951994–Ex. B2 # 4 Exhibit Loan 939773–Ex. B3 # 5 Exhibit Loan 961191–Ex. B4 # 6 Exhibit Loan 957402–Ex. B5 # 7 Exhibit Loan 948985–Ex. B6 # 8 Exhibit Loan 904287–Ex. B7 # 9 Exhibit Loan 965936–Ex. B8 # 10 Exhibit Loan 930946–Ex. B9 # 11 Exhibit Loan 922838–Ex. B10 # 12 Exhibit Loan 950378–Ex. B11 # 13 Exhibit Loan 982091–Ex. B12 # 14 Exhibit Loan 933945–Ex. B13) (Cleveland, Donald)

---

Each party desiring to be heard MUST CALL AT&T TeleConference Services at least 5 minutes prior to the commencement of court.

PHONE: **1–877–322–9648 Participant Code: 263400**
CONFERENCE HOST: William Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

    – Do not place the phone on hold during the call as many companies utilize background music
    – Do not conduct work such as paper shuffling or keyboard typing with an open line
    – Do not address the court until called upon
    – Maintain telephone silence while waiting and refrain from making unnecessary noise
    – Mute telephone as applicable
    – Follow conference coordinator instructions as provided

Your case will be called as soon as possible.

Dated: January 12, 2015

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court