RECEIVED
JAN 21 2015
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CHAPTER 13 TRUSTEE
MONTGOMERY, ALABAMA
JAN 20 2015
MIDDLE DISTRICT OF ALABAMA

FILED
JAN 21 2015
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

LAW OFFICES
MCCALLA RAYMER
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

TELEPHONE: 770-643-7200
LOCAL FAX: 770-643-4062
TOLL FREE FAX: 866-761-0279

January 14, 2015

Charles M. Ingrum
Ingrum, Rice, & Parr, LLC
Post Office Box 229
Opelika, AL 36803

Re: Debtor : Andrae Renae Chambers
Bankruptcy Case No.: 14-80298
Creditor: Branch Banking & Trust Company
Loan Number: XXXXXX4325
Our File No.: BBT-14-00458

Dear Attorney Ingrum:

I am writing to you on behalf of Branch Banking & Trust Company to advise you that the above referenced Debtor has defaulted on payments pursuant to the Order entered October 28, 2014. Pursuant to that Order Conditionally Denying Relief from the Automatic Stay, Debtor has twenty (20) days from the date of this letter to cure the following post-petition arrearage with certified funds mailed directly to Branch Banking & Trust Company or the stay shall lift automatically without further order from the Court:

| | |
|---|---:|
| October 2014 - December 2014 regular payments @ $841.25 each | $2,523.75 |
| Less funds in suspense | 0.00 |
| **TOTAL ARREARS** | $2,523.75 |

Payment should be sent directly to Branch Banking & Trust Company, P.O. Box 1847, Bankruptcy Section, Wilson, NC 27894. Payment in less than the full amount **may not** be accepted. **For direct answers to questions regarding this notice, the debtor's attorney should contact Stephanie J. at 770-643-7200.**

Unless you or your client provides written notice to the above-referenced address within twenty (20) days of the date of this letter disputing the validity of this debt, or any portion thereof, we will assume the debt is valid. If you or your client notifies us in writing of a dispute, we will obtain and directly mail you verification of said debt.

Sincerely,

Michael McCormick

cc: Charles M. Ingrum, Post Office Box 229, Opelika, AL 36803
Curtis C. Reding, P. O. Box 173, Montgomery, AL 36101
Andrae Renae Chambers, 302 Crestview Lane, Valley, 36854

Please be advised that this law firm may be acting as a debt collector attempting to collect a debt.
Any information obtained will be used for that purpose.