LAW OFFICES
MCCALLA RAYMER
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

TELEPHONE: 770-643-7200
LOCAL FAX: 770-643-4062
TOLL FREE FAX: 866-761-0279

**OFFICE OF THE CHAPTER 13 TRUSTEE
MONTGOMERY, ALABAMA**

January 14, 2015

**RECEIVED JAN 21 2015 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF ALABAMA**

**JAN 20 2015**

Charles M. Ingrum, Jr.
Ingrum, Rice, & Parr, LLC
PO Box 229
Opelika, AL 36803

**MIDDLE DISTRICT OF ALABAMA**

**FILED JAN 21 2015 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF ALABAMA**

Re:   Debtor: Andrae Renae Chambers
      Bankruptcy Case No.: 14-80298
      Creditor: Branch Banking & Trust Company
      Loan Number: XXXXXX9589
      Our File No.: BBT-14-00455

Dear Attorney Ingrum, Jr.:

I am writing to you on behalf of Branch Banking & Trust Company to advise you that the above referenced Debtor has defaulted on payments pursuant to the Order entered October 14, 2014. Pursuant to that Order Conditionally Denying Relief from the Automatic Stay, Debtor has twenty (20) days from the date of this letter to cure the following post-petition arrearage with certified funds mailed directly to Branch Banking & Trust Company or the stay shall lift automatically without further order from the Court:

| | |
|---|---:|
| October 2014 - December 2014 regular payments @ $345.49 each | $1,036.47 |
| January 2015 regular payment @ $337.75 each | $337.75 |
| Less funds in suspense | 0.00 |
| **TOTAL ARREARS** | **$1,374.22** |

Payment should be sent directly to Branch Banking & Trust Company, P.O. Box 1847, Bankruptcy Section, Wilson, NC 27894. Payment in less than the full amount **may not** be accepted. **For direct answers to questions regarding this notice, the debtor's attorney should contact Stephanie J. at 770-643-7200.**

Unless you or your client provides written notice to the above-referenced address within twenty (20) days of the date of this letter disputing the validity of this debt, or any portion thereof, we will assume the debt is valid. If you or your client notifies us in writing of a dispute, we will obtain and directly mail you verification of said debt.

Sincerely,

Michael McCormick

cc: Charles M. Ingrum, Jr., PO Box 229 , Opelika, AL 36803
Curtis C. Reding, P. O. Box 173, Montgomery, AL 36101
Andrae Renae Chambers, 302 Crestview Lane, Valley, AL 36854

**Please be advised that this law firm may be acting as a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.**

The relief described hereinbelow is SO ORDERED

Done this 14th day of October, 2014.



William R. Sawyer
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

IN RE:

ANDREA RENAE CHAMBERS                    CASE NO.: 14-80298-WRS-13

DEBTOR.

### CONSENT ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This Matter was set for hearing on September 23, 2014, upon the Motion for Relief from the Automatic Stay (hereinafter, "Motion for Relief") of Branch Banking & Trust Company (hereinafter, "BB&T"), seeking relief from the automatic stay imposed by 11 U.S.C. §362(a) as it relates to the enforcement of the lien against the real property located at 302 Crestview Lane, Valley, Alabama 36854, and further described in Exhibit "A" of the Motion for Relief filed with the Court on September 9, 2014. Notice of the hearing was given. Based upon the pleadings, affidavit, and consent of all parties, it is hereby

ORDERED, ADJUDGED AND DECREED that the Motion for Relief is denied conditionally.

IT IS FURTHER ORDERED that Debtor shall pay BB&T all post-petition payments (consisting of the April, 2014 through September, 2014 payments of $345.49 each), and attorney fees of $650.00 and costs of $176.00, which totals $2,898.94.

IT IS FURTHER ORDERED that Movant acknowledges receipt of $2,072.94.

IT IS FURTHER ORDERED that Debtor's remaining post-petition arrearage of $826.00 shall be placed in the Debtor's Chapter 13 Plan and shall be paid upon the filing of a proper proof of claim. The Debtor's payment to the Chapter 13 Trustee shall be $2,500.00 monthly. BB&T may file an additional claim to be paid at a rate of $17.00 per month.

IT IS FURTHER ORDERED that in the event BB&T does not receive any regular monthly payments from Debtor (beginning October, 2014) within the calendar month such payment comes due, and after a twenty (20) day written notice of default to Debtor and Debtor's attorney, the stay provided under 11 U.S.C. Section 362 is terminated automatically without further order of this Court, as it relates to the enforcement of the lien regarding the aforementioned property, and BB&T, its successor and assigns, shall be free to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to, foreclosure, in accordance with the provisions of the Note and Mortgage and the laws of the State of Alabama. This Order shall not be stayed pursuant to Fed.R.Bankr 4001(a)(3). The provisions of this Order shall continue to remain in force and effect upon the conversion of this case to any other Chapter of the Bankruptcy code.

IT IS FURTHER ORDERED that BB&T and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Final agreements are subject to Court approval. BB&T may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse, unless included in a reaffirmation agreement in a Chapter 7 case.

IT IS FURTHER ORDERED that BB&T shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with the applicable nonbankruptcy law.

###END OF DOCUMENT###

This Order prepared by

/s/ Michael J. McCormick
MCCALLA RAYMER, LLC, Attorney for BB&T
Michael J. McCormick
1544 Old Alabama Road
Roswell, Georgia 30076-2102
678-281-3918
mjm@mccallaraymer.com


Order consented to by:

/s/ Charles M. Ingram, Jr. with express permission
Charles M. Ingrum, Jr.
Debtor's Attorney
Ingrum, Rice, & Parr, LLC
PO Box 229
Opelika, AL 36803
334-745-3333
Fax : 334-745-3155
Email: bankruptcy@irplaw.com


*(Signatures continued on the next page)*

/s/Tina J. Hayes
Tina J. Hayes
Staff Attorney for Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101
334-262-8371