# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re

Andrae Renae Chambers

     Debtor

Case No. 14–80298
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on March 3, 2015 at 01:30 PM

to consider and act upon the following:

*98* – Motion for Access to Property, or in the Alternative, Demand for Possession filed by Dustin B Hargett on behalf of Branch Banking and Trust Company. (Attachments: # 1 Exhibit A – Note 3 # 2 Exhibit B – Mortgage 3 # 3 Exhibit C – Forbearance Agreement 3 # 4 Exhibit D – Affidavit) (Hargett, Dustin)

---

Each party desiring to be heard MUST CALL AT&T TeleConference Services at least 5 minutes prior to the commencement of court.

### PHONE: **1–877–322–9648 Participant Code: 263400**
### CONFERENCE HOST: William Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

      – Do not place the phone on hold during the call as many companies utilize background music
      – Do not conduct work such as paper shuffling or keyboard typing with an open line
      – Do not address the court until called upon
      – Maintain telephone silence while waiting and refrain from making unnecessary noise
      – Mute telephone as applicable
      – Follow conference coordinator instructions as provided

Your case will be called as soon as possible.

    Dated: February 13, 2015

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court