## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re                                                                                Case No. 14−80298
Andrae Renae Chambers                                Chapter 13

     Debtor

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on March 3, 2015 at 01:30 PM

to consider and act upon the following:

*98* − Motion for Access to Property, or in the Alternative, Demand for Possession filed by Dustin B Hargett on behalf of Branch Banking and Trust Company. (Attachments: # 1 Exhibit A − Note 3 # 2 Exhibit B − Mortgage 3 # 3 Exhibit C − Forbearance Agreement 3 # 4 Exhibit D − Affidavit) (Hargett, Dustin)

---

Each party desiring to be heard MUST CALL AT&T TeleConference Services at least 5 minutes prior to the commencement of court.

PHONE: **1−877−322−9648 Participant Code: 263400**
CONFERENCE HOST: William Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

      − Do not place the phone on hold during the call as many companies utilize background music
      − Do not conduct work such as paper shuffling or keyboard typing with an open line
      − Do not address the court until called upon
      − Maintain telephone silence while waiting and refrain from making unnecessary noise
      − Mute telephone as applicable
      − Follow conference coordinator instructions as provided

Your case will be called as soon as possible.

  Dated: February 13, 2015

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court

In re:                                                                    Case No. 14-80298-WRS
Andrae Renae Chambers                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-3      User: jcaro      Page 1 of 1      Date Rcvd: Feb 13, 2015
                      Form ID: nhATT   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2015.
db         +Andrae Renae Chambers,   302 Crestview Lane,   Valley, AL 36854-4650
cr          Branch Banking and Trust Company,   Sasser, Sefton & Brown, P.C.,   c/o D. Brent Hargett, Esq.,
          P.O. Box 4539,   Montgomery, AL  36103-4539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2015 at the address(es) listed below:
          Bankruptcy Administrator   ba@almb.uscourts.gov
          Charles M. Ingrum, Jr.   on behalf of Debtor Andrae Renae Chambers bankruptcy@irplaw.com
          Curtis C. Reding   trustees_office@ch13mdal.com
          Donald R Cleveland   on behalf of Creditor   HeritageBank of the South drcleveland@knology.net
          Dustin B Hargett   on behalf of Creditor   Branch Banking and Trust Company
           bhargett@sasserlawfirm.com,   scloutier@sasserlawfirm.com
          Jeffrey G Tickal   on behalf of Creditor   Capital City Bank jeff@gtflawfirm.com,
           jan@gtflawfirm.com
          Joseph M Tucker   on behalf of Creditor   Farmers & Merchants Bank jmtuckerlaw@aol.com
          Michael J. McCormick   on behalf of Creditor   Branch Banking & Trust Company
           BankruptcyECFMail@mccallaraymer.com
          S. Dagnal Rowe   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
           Services, Inc. dbranche@wilmerlee.com
          William C. Poole   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
           Services, Inc. william_poole@bellsouth.net,   debbie_presley@bellsouth.net
                                                                                                                  TOTAL: 10