UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 14−80298
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Andrae Renae Chambers

　　　Debtor

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on March 3, 2015 at 01:30 PM

to consider and act upon the following:

*101* − Motion for Access To Property filed by Jeffrey G Tickal on behalf of Capital City Bank. (Tickal, Jeffrey).

---

Each party desiring to be heard MUST CALL AT&T TeleConference Services at least 5 minutes prior to the commencement of court.

　　　　　　　　PHONE: **1−877−322−9648 Participant Code: 263400**
　　　　　　　　CONFERENCE HOST: William Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

　　　− Do not place the phone on hold during the call as many companies utilize background music
　　　− Do not conduct work such as paper shuffling or keyboard typing with an open line
　　　− Do not address the court until called upon
　　　− Maintain telephone silence while waiting and refrain from making unnecessary noise
　　　− Mute telephone as applicable
　　　− Follow conference coordinator instructions as provided

Your case will be called as soon as possible.

　Dated: February 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Juan-Carlos Guerrero*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Juan−Carlos Guerrero

Clerk, U.S. Bankruptcy Court

In re:                                                                    Case No. 14-80298-WRS
Andrae Renae Chambers                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-3      User: blivingst      Page 1 of 1      Date Rcvd: Feb 23, 2015
                     Form ID: nhATT      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2015.
db            +Andrae Renae Chambers,    302 Crestview Lane,    Valley, AL 36854-4650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2015 at the address(es) listed below:
         Bankruptcy Administrator    ba@almb.uscourts.gov
         Charles M. Ingrum, Jr.    on behalf of Debtor Andrae Renae Chambers bankruptcy@irplaw.com
         Curtis C. Reding    trustees_office@ch13mdal.com
         Donald R Cleveland    on behalf of Creditor   HeritageBank of the South drcleveland@knology.net
         Dustin B Hargett    on behalf of Creditor   Branch Banking and Trust Company
          bhargett@sasserlawfirm.com,    scloutier@sasserlawfirm.com
         Jeffrey G Tickal    on behalf of Creditor   Capital City Bank jeff@gtflawfirm.com,
          jan@gtflawfirm.com
         Joseph M Tucker    on behalf of Creditor   Farmers & Merchants Bank jmtuckerlaw@aol.com
         Michael J. McCormick    on behalf of Creditor   Branch Banking & Trust Company
          BankruptcyECFMail@mccallaraymer.com
         S. Dagnal Rowe    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
          Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
          Services, Inc. dbranche@wilmerlee.com
         William C. Poole    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
          Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
          Services, Inc. william_poole@bellsouth.net,   debbie_presley@bellsouth.net
                                                                                                             TOTAL: 10