The relief described hereinbelow is SO ORDERED

Done this 5th day of March, 2015.

**William R. Sawyer**
**United States Bankruptcy Judge**



_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

**IN RE:**

**ANDRAE RENAE CHAMBERS,**   **CASE NO.: 14-80298-WRS**
                            **CHAPTER 13**

    **Debtor.**

### ORDER

    This matter having been set for hearing on March 3, 2015, upon the Motion for Access to Property, or in the alternative, Demand for Possession of Branch Banking and Trust Company, successor in interest to Colonial Bank, ("BB&T") seeking access to, or in the alternative, demand for possession of the property located at 302 U.S. Hwy 29, Valley, Alabama 36854 ("Property"), as described in Exhibit B of BB&T's Motion for Access to Property, or in the alternative, Demand for Possession [Doc #98] ("Motion"). Notice of the hearing was given. Based upon the consent of the parties, it is hereby

    **ORDERED, ADJUDGED AND DECREED** the Motion is granted and Debtor shall permit BB&T and its agents to examine the Property, inspect the Property, and perform environmental testing on the Property, including the interior of any buildings and improvements on the Property.

    **IT IS FURTHER ORDERED,** Debtor shall contact, by telephone or email, BB&T's agent that will perform the environmental inspection, examination, and testing within 10 days of the date of this Order and establish a date and time for the Property to be inspected, examined, and tested. Said date and time for the Property to be inspected, examined, and tested shall be within 30 days of the date of this Order, and Debtor shall make the Property available for inspection, examination, and testing within 30 days of the date of this Order.

    **IT IS FURTHER ORDERED,** this Order survives the dismissal, conversion and/or reinstatement of this bankruptcy case.

###END OF ORDER###

This order was reviewed and agreed to by counsel for Debtor and Trustee.

Order Drafted by:
D. Brent Hargett
Sasser, Sefton & Brown, P.C.
Post Office Box 4539
Montgomery, AL 36103-4539
(334) 532-3400
bhargett@sasserlawfirm.com