The relief described hereinbelow is SO ORDERED

Done this 9th day of March, 2015.



**William R. Sawyer**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| ANDRAE RENAE CHAMBERS | ) |
| | ) CASE NO. 14-80298-WRS-13 |
| Debtor(s). | ) |

<u>CONSENT ORDER CONDITIONALLY DENYING THE LIFTING OF THE AUTOMATIC STAY</u>

1

Upon consideration of the stipulation consented to by the Parties, the Motion for Relief from the Automatic Stay filed by Heritage Bank of the South, successor in interest to Frontier Bank by asset acquisition from the FDIC as Receiver for Frontier Bank (hereinafter "Creditor") is conditionally Denied with the following proviso: That Andre Renae Chambers (hereinafter "Debtor") has thirty (30) days from the date of this Order to bring all of his post-petition payments current plus attorney fees and costs in the amount of $926.00. If the Debtor brings this amount current by providing the funds stated above to the Creditor within thirty (30) days from the date of this Order, then the Creditor's Motion is hereby Denied. If the Debtor fails to bring the post-petition payments current by providing the funds to the Creditor within thirty (30) days from the date of this Order, then the Creditor's Motion is hereby Granted, and may proceed against the real property stated within the Creditor's Motion.

This order was reviewed and agreed to by counsel for debtor and Trustee.

### END OF ORDER ###

This order submitted by:

/s/ Charles M. Ingrum, Jr.
Attorney for Debtor
830 Avenue A
Opelika, AL   36801
334-745-3333
cmi2@irplaw.com