# *Proceeding Minutes / Proceeding Memo*

*Case #:*  14-80298    *Case Name:*  Andrae Renae Chambers

*Set:*  03/18/2015 01:30 pm    *Chapter:*  13    *Type:*  bk    *Judge*  William R. Sawyer

*matter*    Doc# 86 Debtors Objection to Trustees Motion to Dismiss

---

Motion withdrawn. (related document(s): [86] Objection to TMD filed by Andrae Renae Chambers) (blivingston)