The relief described hereinbelow is SO ORDERED

Done this 6th day of April, 2015.



**William R. Sawyer**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**IN RE:**

**ANDRAE RENAE CHAMBERS,**     **CASE NO.: 14-80298-WRS**
                               **CHAPTER 13**

    **Debtor.**

### ORDER

This matter having been set for hearing on March 3, 2015, upon the Motion for Access to Property, by Capital City Bank ("CCB") seeking access to property located at 208 Crestview Lane, Valley, Alabama 36854; 611 Harwell Avenue, LaGrange, Georgia 30240; and 49 Library Street, Valley, Alabama 36854 ("Property"), as described in CCB's Motion for Access to Property [Doc #101] ("Motion"). Notice of the hearing was given. Based upon the consent of the parties, it is hereby

**ORDERED, ADJUDGED AND DECREED** the Motion is granted and Debtor shall permit CCB and its agents to examine the Property, inspect the Property, including the interior of any buildings and improvements on the Property.

**IT IS FURTHER ORDERED,** Debtor shall contact, by telephone or email, CCB's agent that will perform the inspection within 10 days of the date of this Order and establish a date and time for the Property to be inspected. Said date and time for the Property to be inspected shall be within 15 days of the date of this Order, and Debtor shall make the Property available for inspection within 15 days of the date of this Order.

**IT IS FURTHER ORDERED,** this Order survives the dismissal, conversion and/or reinstatement of this bankruptcy case.

###END OF ORDER###

This order was reviewed and agreed to by counsel for Creditor and Trustee.

Order Drafted by:
Charles M. Ingrum, Jr.
Ingrum, Rice, & Parr, LLC
Post Office Box 229
Opelika, AL 36803
(334) 745-3333
cmi2@irplaw.com