The relief described hereinbelow is SO ORDERED

Done this 6th day of April, 2015.

*William R. Sawyer* (signature)

**William R. Sawyer**
**United States Bankruptcy Judge**



_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

ANDRAE RENAE CHAMBERS,　　　　　　　　　CASE NO.: 14-80298-WRS
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
　　　Debtor.

### ORDER

　　　This matter having been set for hearing on March 3, 2015, upon the Motion for Access to Property, by Capital City Bank ("CCB") seeking access to property located at 208 Crestview Lane, Valley, Alabama 36854; 611 Harwell Avenue, LaGrange, Georgia 30240; and 49 Library Street, Valley, Alabama 36854 ("Property"), as described in CCB's Motion for Access to Property [Doc #101] ("Motion"). Notice of the hearing was given. Based upon the consent of the parties, it is hereby

　　　**ORDERED, ADJUDGED AND DECREED** the Motion is granted and Debtor shall permit CCB and its agents to examine the Property, inspect the Property, including the interior of any buildings and improvements on the Property.

　　　**IT IS FURTHER ORDERED,** Debtor shall contact, by telephone or email, CCB's agent that will perform the inspection within 10 days of the date of this Order and establish a date and time for the Property to be inspected. Said date and time for the Property to be inspected shall be within 15 days of the date of this Order, and Debtor shall make the Property available for inspection within 15 days of the date of this Order.

　　　**IT IS FURTHER ORDERED,** this Order survives the dismissal, conversion and/or reinstatement of this bankruptcy case.

###END OF ORDER###

This order was reviewed and agreed to by counsel for Creditor and Trustee.

Order Drafted by:
Charles M. Ingrum, Jr.
Ingrum, Rice, & Parr, LLC
Post Office Box 229
Opelika, AL 36803
(334) 745-3333
cmi2@irplaw.com

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                             Case No. 14-80298-WRS
Andrae Renae Chambers                                              Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 1127-3          User: ewalker                Page 1 of 1                  Date Rcvd: Apr 07, 2015
                              Form ID: pdfSOME             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2015.
db             +Andrae Renae Chambers,   302 Crestview Lane,   Valley, AL 36854-4650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3034486        +E-mail/Text: arnold.holly@ccbg.com Apr 07 2015 20:46:34      Capital City Bank,   PO Box 900,
                 Tallahassee, FL 32302-0900
3034487         E-mail/Text: arnold.holly@ccbg.com Apr 07 2015 20:46:34      Capital City Bank,
                 Attn: Bankruptcy Dept.,   P.O. Box 900,   Tallahassee, FL 32302-0900
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles M. Ingrum, Jr.    on behalf of Debtor Andrae Renae Chambers bankruptcy@irplaw.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              Donald R Cleveland    on behalf of Creditor   HeritageBank of the South drcleveland@knology.net
              Dustin B Hargett    on behalf of Creditor   Branch Banking and Trust Company
               bhargett@sasserlawfirm.com, scloutier@sasserlawfirm.com
              Jeffrey G Tickal    on behalf of Creditor   Capital City Bank jeff@gtflawfirm.com,
               jan@gtflawfirm.com
              Joseph M Tucker    on behalf of Creditor   Farmers & Merchants Bank jmtuckerlaw@aol.com
              Michael J. McCormick    on behalf of Creditor   Branch Banking & Trust Company
               BankruptcyECFMail@mccallaraymer.com
              S. Dagnal Rowe    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. dbranche@wilmerlee.com
              William C. Poole    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. william_poole@bellsouth.net, debbie_presley@bellsouth.net
                                                                                              TOTAL: 10