IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
OPELIKA DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| ANDRAE RENAE CHAMBERS | : | CHAPTER 13 |
| | : | BANKRUPTCY CASE |
| | : | No. 14-80298-WRS13 |
| Debtor(s). | : | |
| | : | |
| BRANCH BANKING & TRUST COMPANY | : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| ANDRAE RENAE CHAMBERS | : | |
| Debtor(s). | : | |

### NOTICE OF TERMINATION OF STAY

COMES NOW, Branch Banking & Trust Company, by and through its undersigned attorney of record, and hereby gives notice that, pursuant to the prior Order of this Court dated October 14, 2014, Movant did serve upon Debtor and Debtor's counsel notice of a continuing default in post-petition payments. Said default has not been cured with the period of time set forth in this Court's October 14, 2014 Order. Accordingly, the Automatic Stay has terminated.

MCCALLA RAYMER, LLC

/S/
Michael J. McCormick
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
mjm@mccallaraymer.com

## CERTIFICATE OF SERVICECERTIFICATE OF SERVICE

I, certify that on the 13 day of May, 2015, I served on the parties listed below a copy of the foregoing document by regular first class mail with postage prepaid, at the below addresses, or via electronic transmission, pursuant to this Court's local rules and the Federal Rules of Bankruptcy Procedure:

**VIA REGULAR U.S. MAIL:**
Andrae Renae Chambers
302 Crestview Lane
Valley, AL 36854

**VIA ELECTRONIC TRANSMISSION:**
Charles M. Ingrum, Jr.
Post Office Box 229
Opelika, AL 36803

Curtis C. Reding
Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101

/S/
Michael J. McCormick
Attorney for Movant
McCalla Raymer, LLC

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
mjm@mccallaraymer.com

Case 14-80298   Doc 115   Filed 05/13/15   Entered 05/13/15 10:34:38   Desc Main
Document   Page 2 of 2