IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:                                                                          CASE NO. 14-80298
**Andrae Chambers,**
     **Debtor(s)**                                             CHAPTER 13

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## OBJECTION TO CLAIM NUMBERS 16, 17, 18, 19, 20, 23, 24, 25, & 26 OF HERITAGE BANK

Comes Now the Debtor, Andrae Chambers, by and through his attorney, Charles M. Ingrum, Jr., and files this OBJECTION TO CLAIM NUMBERS 16, 17, 18, 19, 20, 23, 24, 25, & 26 OF HERITAGE BANK as follows:

1. The Debtor is the same who filed for relief under chapter 13 of the U.S. Bankruptcy Code with the Middle District of Alabama, Eastern Division on or about the 7th day of March, 2014.

2. On or about July 24, 2014, Heritage Bank, filed a secured proof of claim, claim number 16, in the amount of $1,553.78.

3. On or about July 24, 2014, Heritage Bank filed a secured proof of claim, claim number 17, for a mortgage and arrears in the amount of $2,163.77

4. On or about July 24, 2014, Heritage Bank filed a secured proof of claim, claim number 18, for a mortgage and arrears in the amount of $1,188.20.

5. On or about July 24, 2014, Heritage Bank filed a secured proof of claim, claim number 19, in the amount of $1,375.96.

6. On or about July 25, 2014, Heritage Bank filed a secured proof of claim, claim number 20, in the amount of $12,695.20.

7. On or about July 25, 2014, Heritage Bank filed a secured proof of claim, claim number 23, in the amount of $2,160.81.

8. On or about July 25, 2014, Heritage Bank filed a secured proof of claim, claim number 24, in the amount of $16,352.63.

9. On or about July 28, 2014, Heritage Bank filed a secured proof of claim, claim number 25, in the amount of $1,474.44.

10. On or about July 28, 2014, Heritage Bank filed a secured proof of claim, claim number 26, in the amount of $1,481.08.

11. The stay has lifted in the above stated claims.

12. The Debtor requests that the claims be reduced to the amount paid.

WHEREFORE THESE PREMISES CONSIDERED, the Debtors pray that this Honorable Court will Order that claim numbers 16, 17, 18, 19, 20, 23, 24, 25, & 26 be reduced to the amount paid.

Respectfully submitted this the 25th day of June, 2015.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney at Law
P.O. Box 229
Opelika, Alabama 36803-0229
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155
bankruptcy@irplaw.com

## CERTIFICATE OF SERVICE

  I do hereby certify that I have on this day served a true and correct copy of the Debtors OBJECTION TO CLAIM NUMBERS 16, 17, 18,1 9, 20, 23, 24, 25, & 26 OF HERITAGE BANK to the parties listed below by electronically mailing or by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed on this the 25TH day of June , 2015.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney at Law
P.O. Box 229
Opelika, Alabama 36803-0229
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155
bankruptcy@irplaw.com

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

Heritage Bank
P.O. Box 50728
Albany, GA 31703