IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:                                                      CASE NO. 14-80298
**Andrae Renae Chambers,**
       Debtor(s)                                      CHAPTER 13

## AMENDED MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION

COMES NOW the Debtor, Andrae Renae Chambers, by and through his attorney, Charles M. Ingrum, Jr., and files this MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION as follows:

1. The Debtor is the same who filed for relief under Chapter 13 with the United States Bankruptcy Code, Middle District of Alabama, Eastern Division on or about the 7th day of March, 2014.

2. The Debtor is paying plan payments in the amount of $2,500.00 monthly and paying his unsecured claims at a pro rata amount equal to 100%.

3. The Debtor wishes to modify his Chapter 13 Plan to remove all payments on debt to Heritage Bank as the stay has lifted on that collateral.

4. The Debtor wishes to modify his Chapter 13 Plan to remove all debt to Capital City Bank as the stay has lifted on that collateral.

5. The Debtor wishes to modify his Chapter 13 plan to remove all debt to Branch Banking and Trust as the stay has lifted on that collateral.

6. The Debtor further wishes to modify his Chapter 13 Plan to add Farmers & Merchants Bank arrearages in the amount of $9,152.58 with an interest rate of 7.00% and a monthly payment of $700.00.

7. The Debtor further wishes to lower his plan payment to $1,750.00 monthly and continue to pay his unsecured claims at a pro rata amount equal to 100%.

8. All other provisions shall remain the same.

**(See Modified Chapter 13 Plan Attached)**

WHEREFORE THESE PREMISES CONSIDERED, the Debtor prays that this Honorable Court will allow him to modify his Chapter 13 Plan to remove all payments on debt to Heritage Bank as the stay has lifted on that collateral, to modify his Chapter 13 Plan to remove all debt to Capital City Bank as the stay has lifted on that collateral, to modify his Chapter 13 plan to remove all debt to Branch Banking and Trust as the stay has lifted on that collateral, to modify his Chapter 13 Plan to add Farmers & Merchants Bank arrearages in the amount of $9,152.58 with an interest rate of 7.00% and a monthly payment of $700.00, and to lower his plan payment to $1,750.00 monthly and continue to pay his unsecured claims at a pro rata amount equal to 100%.

Respectfully submitted this the 26th day of June, 2015.

/s/ Charles M. Ingrum, Jr.
Charles M. Ingrum, Jr. (ING-028)
Attorney at Law
P.O. Box 229
Opelika, Alabama 36803-0229
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155
bankruptcy@irplaw.com

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this day served a true and correct copy of the foregoing AMENDED MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION and MODIFIED CHAPTER 13 PLAN OR SUMMARY to the parties listed below by electronically mailing or by placing the same in the United States Mail, postage prepaid and properly addressed on this the 26th day of June, 2015.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

Heritage Bank
P.O. Box 50728
Albany, GA 31703

Branch Banking & Trust
P.O. Box 1847
Wilson, NC 27894-1847

Capital City Bank
211 N. Monroe St.
Tallahassee, FL 32303

Farmers and Merchants Bank
2838 S. Phillips Road
Lanett, AL 36863

                                                         /s/ Charles M. Ingrum, Jr.