IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE ANDRAE RENAE CHAMBERS,                    CHAPTER 13

        DEBTOR                                                            Case No. 14-80298-WRS

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now HeritageBank of the South, successor in interest to Frontier Bank by asset acquisition from the FDIC as Receiver for Frontier Bank (hereinafter sometimes referred to as Lender), as secured creditor in this bankruptcy proceeding, and, pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, moves this Court for relief from the automatic stay in order to permit HeritageBank of the South to exercise all of its statutory and contractual rights and remedies in and to the properties securing the obligations of Andrae Renae Chambers (hereinafter referred to as Debtor) to HeritageBank of the South, as more particularly set out as follows:

1. On March 7, 2014, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the Bankruptcy Code, and on March 27, 2014, he filed his proposed Chapter 13 Plan, schedules and income statements.

2. On or about January 12, 2015, Lender filed a motion to lift stay seeking authority to proceed against various parcels of real property securing a total of thirteen loans owed by Debtor to Lender. On or about March 9, 2015, this Court entered its order conditionally denying Lender's petition upon the explicit condition that Debtor bring all of his post-petition payments current within thirty (30) days of the order. Debtor failed to comply with said condition and foreclosure proceedings were commenced with regard to parcels of real property securing said loans.

3. With regard to one of the loans described in Lender's previous motion to lift stay, **Loan Number xx2091,** Debtor executed a promissory note, dated May 18, 2012, in the original amount of $324,358.00, which, in addition to the real property described in the earlier motion, was also secured by a security interest in one (1) 1940 Chevrolet Coupe automobile, bearing vehicle identification number CCS532V131042. Lender holds a validly perfected first priority security interest in said automobile as indicated by the security agreement and financing statement which are attached hereto collectively as Exhibit "A".

4. Debtor continues to be in default in the making of post-petition payments on said loan which has a balance greatly in excess of the value of the collateral. Lender avers that its interest in said collateral is superior to the interest of any other claimant, and, avers, further, that there is no value in the collateral herein beyond the indebtedness owed to Lender and that there is no equity in the collateral for the estate.

5. In light of the foregoing, Lender submits that grounds exist to terminate the automatic stay with regard to the above-described collateral securing said loan in order to allow Lender to exercise its contractual rights with regard to said collateral.

6. Lender also claims fees and costs for the filing of this motion.

WHEREFORE, HeritageBank of the South, as Lender, requests relief from the automatic stay permitting Lender to exercise all of its statutory and contractual rights with regard to the collateral securing said loan, and for such other, further relief as this Court may think proper.

Respectfully submitted this 29th day of June, 2015.

Donald R. Cleveland
Attorney for HeritageBank of the South
Ala. State Bar ID No. ASB 4441 A55D
Post Office Box 527
West Point, Georgia 31833
706.643.9552
drcleveland@knology.net

# CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a true and correct copy of the foregoing Motion for Relief from Automatic Stay upon Debtor, Counsel for Debtor, Bankruptcy Trustee and the Bankruptcy Administrator listed below by placing a copy of the same in the United States Mail, first-class postage prepaid, on this the 29th day of June, 2015:

Mr. Andrae Renae Chambers
203 Crestview Lane
Valley, Alabama 36854
Debtor

Charles M. Ingrum Jr, Esq.
Ingrum, Rice & Parr, LLC
Post Office Box 229
Opelika, Alabama 36803
Attorney for Debtor

Curtis C. Reding, Esq.
Bankruptcy Trustee
Post Box 173
Montgomery, Alabama 36101

U. S. Bankruptcy Administrator
One Church Street
Montgomery, Alabama 36104

_____
Donald R. Cleveland
Attorney for HeritageBank of the South