## ATTACHED EXHIBIT A

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $324,358.00 | 05-18-2012 | 05-18-2017 | | 1C2A / 134 | | *** | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

Grantor: Andrae R Chambers
602 Cussetta Road
Valley, AL 36854

Lender: Frontier Bank
Valley AL
3216 20th Avenue
Valley, AL 36854

This ATTACHED EXHIBIT A is attached to and by this reference is made a part of the Commercial Security Agreement, dated May 18, 2012, and executed in connection with a loan or other financial accommodations between FRONTIER BANK and Andrae R Chambers.

See Attached Exhibit A.

THIS ATTACHED EXHIBIT A IS EXECUTED ON MAY 18, 2012.

GRANTOR:

X _____ (Seal)
Andrae R Chambers

LENDER:

FRONTIER BANK

X _____
Authorized Officer

# POWER OF ATTORNEY

Andrae R Chambers of 602 Cussetta Road, Valley, AL 36854, the bona fide registered owner of the following described property: 1940 Chevrolet Coupe 2DR (VIN CCS532V131042), hereby irrevocably appoints Frontier Bank, with an address of Valley AL, 3216 20th Avenue, Valley, AL 36854, or any officer thereof, as Grantor's attorney with full authority to execute and record any and all instruments, affidavits, certificates of title, renewals, and other documents necessary to effect registration, transfer of title, application for title and to evidence Frontier Bank's security interest in the above described motor vehicle and to do such other things as may be proper pertaining to the title or licensing of the motor vehicle, in Grantor's place and stead. This Power of Attorney shall not terminate or otherwise be affected by Grantor's subsequent disability or incapacity.

THIS POWER OF ATTORNEY IS GIVEN UNDER SEAL AND IT IS INTENDED THAT THIS POWER OF ATTORNEY IS AND SHALL CONSTITUTE AND HAVE THE EFFECT OF A SEALED INSTRUMENT ACCORDING TO LAW.

GRANTOR:

X _____ (Seal)
   Andrae R Chambers

STATE OF Georgia
COUNTY OF Troup ) SS

Subscribed and sworn to before me this 18th day of Aug, 2012

_____
Notary Public for the State of Georgia
Residing at Troup
My commission expires 8-25-15

( SEAL )

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Ursula Davis    256-401-2053

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Frontier Bank
P.O. Box 630
43 N Broadway
Sylacauga, AL 35150
USA

Alabama Sec. Of State
B 11-7063588 FS
Date 04/05/2011
Time 10:06 AM
110406    1 Pg
File          $15.00
Access        $9.75
Conv          $3.50
Total        $28.25
6671153

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Chambers | Andrae | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 602 Cusseta Road | Valley | AL  36854 | USA |

ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any  ☐ NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Frontier Bank | | | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| P.O. Box 630 | 43 N Broadway | Sylacauga | AL  35150 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

One (1) used 1940 Chevrolet Coup VIN # CCS532V131042 and all parts, attachments, accessories, repairs, improvements, and accessions now or hereafter affixed thereto.

**5. ALTERNATIVE DESIGNATION** [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
976687

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)