UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
ANDRAE RENAE CHAMBERS,

    Debtor

Case No. 14-80298-WRS  
Chapter 13

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

For the reasons set forth on the record on June 16, 2015, on the motion for relief from stay filed by TitleMax of Alabama Inc. (Doc. 116), it is

ORDERED that the motion is GRANTED.

Done this 29th day of June, 2015.

/s/ William R. Sawyer  
United States Bankruptcy Judge

c: Charles M. Ingrum Jr., Attorney for Debtor  
   Charles N. Miller, Attorney for Creditor  
   Curtis C. Reding, Trustee