UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                     Case No. 14-80298-WRS
                                          Chapter 13
ANDRAE RENAE CHAMBERS,

    Debtor

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

For the reasons set forth on the record on June 16, 2015, on the motion for relief from stay filed by TitleMax of Alabama Inc. (Doc. 116), it is

ORDERED that the motion is GRANTED.

Done this 29th day of June, 2015.

*/s/ William R. Sawyer*

United States Bankruptcy Judge

c: Charles M. Ingrum Jr., Attorney for Debtor
   Charles N. Miller, Attorney for Creditor
   Curtis C. Reding, Trustee

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 14-80298-WRS
Andrae Renae Chambers                                               Chapter 13
      Debtor                      CERTIFICATE OF NOTICE
District/off: 1127-3        User: ewalker            Page 1 of 1           Date Rcvd: Jun 29, 2015
                            Form ID: pdfSOME         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2015.
db       +Andrae Renae Chambers,    302 Crestview Lane,    Valley, AL 36854-4650
cr       +TitleMax of Alabama, Inc.,    c/o Galese & Ingram,    800 Shades Creek Pkwy, Ste 300,
           Birmingham, AL 35209-4544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles M. Ingrum, Jr.    on behalf of Debtor Andrae Renae Chambers bankruptcy@irplaw.com
              Charles N Miller    on behalf of Creditor   TitleMax of Alabama, Inc. charles@galese-ingram.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              Donald R Cleveland    on behalf of Creditor   HeritageBank of the South drcleveland@knology.net
              Dustin B Hargett    on behalf of Creditor   Branch Banking and Trust Company
               bhargett@sasserlawfirm.com, scloutier@sasserlawfirm.com
              Jeffrey G Tickal    on behalf of Creditor   Capital City Bank jeff@gtflawfirm.com,
               jan@gtflawfirm.com
              Joseph M Tucker    on behalf of Creditor   Farmers & Merchants Bank jmtuckerlaw@aol.com
              Michael J. McCormick    on behalf of Creditor   Branch Banking and Trust Company
               BankruptcyECFMail@mccallaraymer.com
              Michael J. McCormick    on behalf of Creditor   Branch Banking & Trust Company
               BankruptcyECFMail@mccallaraymer.com
              S. Dagnal Rowe    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. dbranche@wilmerlee.com
              William C. Poole    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. william_poole@bellsouth.net, debbie_presley@bellsouth.net
                                                                                              TOTAL: 12