In re                                           Case No. 14−80298
                                               Chapter 13

Andrae Renae Chambers

     Debtor

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on August 11, 2015 at 01:30 PM

to consider and act upon the following:

*122* – Objection to Claim # 2 (BB&T), 3 (BB&T), 8 (BB&T), 9 (BB&T), 10 (BB&T) filed by Charles M. Ingrum Jr. on behalf of Andrae Renae Chambers. Responses due by 07/28/2015. (Ingrum, Charles)

*124* – Rule 9007 Motion/Notice/Objection: AMENDED Motion to Modify Plan Post Confirmation RE DE 123 filed by Charles M. Ingrum Jr. on behalf of Andrae Renae Chambers. (Ingrum, Charles) . Modified text (Added RE DE 123) on 6/29/2015. Responses due by 7/20/2015. (JI).

*130* – Response to Objection to Claim # 8 (BB&T), 9 (BB&T), 10 (BB&T) filed by Dustin B Hargett on behalf of Branch Banking and Trust Company (RE: related document(s)122 Objection to Claim filed by Debtor Andrae Renae Chambers). (Hargett, Dustin)

*131* – Objection to filed by Dustin B Hargett on behalf of Branch Banking and Trust Company (RE: related document(s) 124 Rule 9007−1 Motion/Notice/Objection filed by Debtor Andrae Renae Chambers). (Hargett, Dustin). Modified text to remove de #123 from docket entry on 7/16/2015 (YP).

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

                           PHONE: **1−888−431−3632 Participant Code: 263400**
                                      CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

     – Mute your telephone as applicable until your case is called
     – Do not place the phone on hold during the call as many companies utilize background music

     If you cannot mute your phone:
     – Do not conduct work such as paper shuffling or keyboard typing

- Do not address the court until you are called upon
- Remain silent while waiting
- Refrain from making unnecessary noise
- Turn off electronics that broadcast sound – television, radio
- Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated: July 16, 2015

*Juan-Carlos Guerrero*
Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court