IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE ANDRAE RENAE CHAMBERS,     CHAPTER 13
         DEBTOR     Case No. 14-80298-WRS

### RESPONSE OF HERITAGEBANK OF THE SOUTH TO DEBTOR'S OBJECTION TO CLAIM NUMBERS 21 & 22

Comes now Creditor, HeritageBank of the South, and, by way of response to Debtor's Objection to Claims 21 and 22, shows as follows:

### CLAIM NO. 21: LOAN NO. XX8985

1. HeritageBank of the South filed a proof of claim on July 25, 2014 in the amount of $1,895.48, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $56,300.00.

2. The loan which is the subject of said claim was secured by a deed to secure debt on real property located at 1006 E. 10th Street, West Point, Troup County, Georgia.

3. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set out in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on June 2, 2015.

4. At said foreclosure sale the property was sold to the highest bidder for $22,950.00, which was applied as credit against the loan indebtedness. Said sum did not fully satisfy the debt owed pursuant to said loan, which at the time of said sale had a principal balance of $50,471.78, accrued interest of $4,386.43 and late charges of $132.24.

5. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim 21 and requests that it be overruled or, in the alternative, that HeritageBank of the South be allowed to file an amended unsecured claim in the amount of the deficiency balance.

## CLAIM NO. 22: LOAN NO. XX4287

6. HeritageBank of the South filed a proof of claim on July 25, 2014 in the amount of $3,366.86, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $100,000.00.

7. The loan which is the subject of said claim was secured by a mortgage on real property located at 302 US Highway No. 29 and 5303 and 5305 – 19th Avenue, Valley, Alabama.

8. Creditor's motion to lift the stay regarding said property was conditionally denied, but, upon Debtor's failure to comply with the conditions set out in the Court's order, and Creditor began efforts to enforce its rights under the mortgage. At that time, it was determined that the mortgage held by Creditor was secondary to mortgages held by other lenders and an actual foreclosure on the property by Creditor has not been completed. Therefore, Creditor has not yet been able determine what deficiency may be due following foreclosure.

9. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim 22 and requests that it be denied and requests, further, that in the event HeritageBank of the South determines foreclosure proceedings to be appropriate, that it be allowed to file an amended unsecured claim after the foreclosure of the property securing the subject loan in the amount of any deficiency balance. If, upon any such foreclosure, it is determined that a deficiency does not exist, Claim No. 22 will be withdrawn.

WHEREFORE, HeritageBank of the South, as Lender, requests that this Honorable Court will:

(1) Enter an order overruling the Debtor's object to Claim No. 21 or, alternatively allowing HeritageBank of the South to file an amended claim in the amount of the deficiency balance

remaining after appropriate credit for the sale proceeds from the foreclosure of the property securing said loan.

(2) Enter an order allowing Claim No. 22 to stand and be paid in accordance with all applicable ruled in reference to the same.

(3) Enter an order granting such other, further relief as to the Court may seem just and proper.

Respectfully submitted this 19th day of July, 2015.

_____
Donald R. Cleveland
Attorney for HeritageBank of the South
Ala. State Bar ID No. ASB 4441 A55D
Post Office Box 527
West Point, Georgia 31833
706.643.9552
drcleveland@knology.net

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing Response of HeritageBank of the South to Debtor's Objection to Claims No. 21 & 22 upon Debtor, Counsel for Debtor, Bankruptcy Trustee and the Bankruptcy Administrator listed below by placing a copy of the same in the United States Mail, first-class postage prepaid, on this the `19th day of July, 2015:

Mr. Andrae Renae Chambers
203 Crestview Lane
Valley, Alabama 36854
Debtor

Charles M. Ingrum Jr, Esq.
Ingrum, Rice & Parr, LLC
Post Office Box 229
Opelika, Alabama 36803
Attorney for Debtor

Curtis C. Reding, Esq.
Bankruptcy Trustee
Post Box 173
Montgomery, Alabama 36101

U. S. Bankruptcy Administrator
One Church Street
Montgomery, Alabama 36104

_____
Donald R. Cleveland
Attorney for HeritageBank of the South