IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE ANDRAE RENAE CHAMBERS,　　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 14-80298-WRS
　　DEBTOR

**RESPONSE OF HERITAGEBANK OF THE SOUTH TO DEBTOR'S
OBJECTION TO CLAIM NUMBERS 16, 17, 18, 19, 20, 23, 24, 25 & 26**

Comes now Creditor, HeritageBank of the South, and, by way of response to Debtor's Objection to Claims Numbered 16, 17, 18, 19, 20, 23, 24, 25 and 26, shows as follows:

**CLAIM NO. 16: LOAN NO. XX8977**

1. HeritageBank of the South filed a proof of claim on July 24, 2014 in the amount of $1,553.78, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $40,000.00.

2. The loan which is the subject of said claim was secured by a mortgage on real property located at 514 Cusseta Road, Valley, Alabama.

3. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set out in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on May 20, 2015.

4. At said foreclosure sale the property was sold to the highest bidder, HeritageBank of the South, with an opening bid of $17,595.00, which was applied as credit against the loan indebtedness. Said sum did not fully satisfy the debt owed pursuant to said loan, which at the time of said sale had a principal balance of $34,642.69, accrued interest of $2,972.95 and late charges of $108.42.

5. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim No. 16 and requests that it be overruled or, in the alternative, that HeritageBank of the South be allowed to file an amended unsecured claim in the amount of the deficiency balance.

## CLAIM NO. 17: LOAN NO. XX1994

6. HeritageBank of the South filed a proof of claim on July 24, 2014 in the amount of $2,163.77, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $55,000.00.

7. The loan which is the subject of said claim was secured by a mortgage on real property located at 106 Combs Street, Valley, Alabama.

8. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set out in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on May 20, 2015.

9. At said foreclosure sale the property was sold to the highest bidder, HeritageBank of the South, with an opening bid of $28,305.00, which was applied as credit against the loan indebtedness. Said sum did not fully satisfy the debt owed pursuant to said loan, which at the time of said sale had a principal balance of $46,299.49, accrued interest of $3,966.87 and late charges of $174.09.

10. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim No. 17 and requests that it be overruled or, in the alternative, that HeritageBank of the South be allowed to file an amended unsecured claim in the amount of the deficiency balance.

## CLAIM NO. 18: LOAN NO. XX9773

11. HeritageBank of the South filed a proof of claim on July 24, 2014 in the amount of $1,118.20, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $29,750.00.

12. The loan which is the subject of said claim was secured by a mortgage on real property located at 660 South Fifth Avenue, Lanett, Alabama.

13. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set out in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on May 20, 2015.

14. At said foreclosure sale the property was sold to the highest bidder, HeritageBank of the South, with an opening bid of $18,000.00, which was applied as credit against the loan indebtedness. Said sum did not fully satisfy the debt owed pursuant to said loan, which at the time of said sale had a principal balance of $21,534.12, accrued interest of $1,845.88 and late charges of $82.92.

15. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim No. 18 and requests that it be overruled or, in the alternative, that HeritageBank of the South be allowed to file an amended unsecured claim in the amount of the deficiency balance.

### CLAIM NO. 19: LOAN NO. XX4504 (Renumbered XX1191)

16. HeritageBank of the South filed a proof of claim on July 24, 2014 in the amount of $1,375.96, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $21,426.00.

17. The loan which is the subject of said claim was secured by a mortgage on real property located at 668 & 670 South Fifth Ave., Lanett, Alabama.

18. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set out in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on May 20, 2015.

19. At said foreclosure sale the property was sold to the highest bidder, HeritageBank of the South, with an opening bid of $2.00, which was applied as credit against the loan indebtedness, the property being seriously distressed. Said sum did not fully satisfy the debt

owed pursuant to said loan, which at the time of said sale had a principal balance of $8,735.79, accrued interest of $671.61 and late charges of $98.00.

20. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim No. 19 and requests that it be overruled or, in the alternative, that HeritageBank of the South be allowed to file an amended unsecured claim in the amount of the deficiency balance.

### CLAIM NO. 20: LOAN NO. XX7402

21. HeritageBank of the South filed a proof of claim on July 25, 2014 in the amount of $12,695.20, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $221,000.00.

22. The loan which is the subject of said claim was secured by a mortgage on real property located at 114 Morgan St., 2411-32nd Place, and 2004-35th St., Valley Alabama.

23. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set out in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on May 20, 2015.

24. At said foreclosure sale the property was sold to the highest bidder, HeritageBank of the South, with an opening bid of $122,850.00, which was applied as credit against the loan indebtedness. Said sum did not fully satisfy the debt owed pursuant to said loan, which at the time of said sale had a principal balance of $202,778.83, accrued interest of $21,735.58 and late charges of $604.52.

25. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim No. 20 and requests that it be overruled or, in the alternative, that HeritageBank of the South be allowed to file an amended unsecured claim in the amount of the deficiency balance.

### CLAIM NO. 23: LOAN NO. XX5936

26. HeritageBank of the South filed a proof of claim on July 25, 2014 in the amount of $2,160.81, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $17,100.00.

27. The loan which is the subject of said claim was secured by a deed to secure debt on real property located at 1121 Plantation Road, Valley, Alabama.

28. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set out in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on May 20, 2015.

29. At said foreclosure sale the property was sold to the highest bidder, HeritageBank of the South, with an opening bid of $17,595.00, which was applied as credit against the loan indebtedness. The indebtedness owed under Claim Number 23 was satisfied by the credit resulting from said foreclosure sale bid. Accordingly, HeritageBank of the South will withdraw Claim No. 23 and consents to it being stricken from the record.

### CLAIM NO. 24: LOAN NO. XX0946

30. HeritageBank of the South filed a proof of claim on July 25, 2014 in the amount of $16,352.63, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $281,000.00.

31. The loan which is the subject of said claim was secured by a mortgage on real property located at 210 US Highway No. 29, and 602 & 604 Cusseta Road, Valley, Alabama.

32. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set out in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on May 20, 2015.

33. At said foreclosure sale the property was sold to the highest bidder, HeritageBank of the South, with an opening bid of $117,000.00, which was applied as credit against the loan

indebtedness. Said sum did not fully satisfy the debt owed pursuant to said loan, which at the time of said sale had a principal balance of $232,137.04, accrued interest of $8,033.40 and late charges of $270.00.

34. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim No. 24 and requests that it be overruled or, in the alternative, that HeritageBank of the South be allowed to file an amended unsecured claim in the amount of the deficiency balance.

### CLAIM NO. 25: LOAN NO. XX2838

35. HeritageBank of the South filed a proof of claim on July 28, 2014 in the amount of $1,474.44, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $81,400.00.

36. The loan which is the subject of said claim was secured by a mortgage on real property located at 109 North Second Avenue, Lanett, Alabama.

37. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set out in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on May 20, 2015.

38. At said foreclosure sale the property was sold to the highest bidder, HeritageBank of the South, with an opening bid of $11,475.00, which was applied as credit against the loan indebtedness. Said sum did not fully satisfy the debt owed pursuant to said loan, which at the time of said sale had a principal balance of $21,776.72, accrued interest of $1,875.43 and late charges of $102.90.

39. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim No. 25 and requests that it be overruled or, in the alternative, that HeritageBank of the South be allowed to file an amended unsecured claim in the amount of the deficiency balance.

### CLAIM NO. 26: LOAN NO. XX0378

40. HeritageBank of the South filed a proof of claim on July 25, 2014 in the amount of $1,481.08, representing Debtor's pre-petition arrearage on a loan in the original principal amount of $44,000.00.

41. The loan which is the subject of said claim was secured by a deed to secure debt on real property located at 334 Samples Road, West Point, Georgia.

42. Creditor's motion to lift the stay regarding said property was conditionally denied, but upon Debtor's failure to comply with the conditions set in the Court's order, foreclosure proceedings were commenced and a foreclosure sale was conducted on June 2, 2015.

43. At said foreclosure sale the property was sold to the highest bidder, HeritageBank of the South, with an opening bid of $32,895.00, which was applied as credit against the loan indebtedness. Said sum did not fully satisfy the debt owed pursuant to said loan, which at the time of said sale had a principal balance of $38539.79, accrued interest of $3,332.16 and late charges of $103.32.

44. In light of the foregoing, HeritageBank of the South opposes Debtor's objection to Claim No. 26 and requests that it be overruled or, in the alternative, that HeritageBank of the South be allowed to file an amended unsecured claim in the amount of the deficiency balance.

45. In addition to the facts set out hereinabove, HeritageBank of the South alleges, on knowledge, information, and belief, that following the foreclosures described hereinabove, the Debtor knowingly continued to collect rental payments from tenants occupying some of the foreclosed properties and has refused to account to HeritageBank of the South for said rental payments collected. Additionally, HeritageBank of the South alleges on knowledge, information and belief that the Debtor willfully attempted to interfere with the efforts of HeritageBank of the South to contact tenants by advising them not to accept delivery of certified letters sent by the Bank's representative. In support of the allegations contained in this paragraph, Creditor offers

the affidavits of two tenants, Carolyn Cooper and Janice Shivers, which are attached hereto as Exhibits.

WHEREFORE, HeritageBank of the South, as Lender, requests that this Honorable Court will:

(1) Enter an order overruling the Debtor's objection to Claims Numbered 16, 17, 18, 19, 20, 24, 25 and 26 or, alternatively, allowing HeritageBank of the South to file an amended claim in the amount of the deficiency balance remaining after appropriate credit for the sale proceeds from the foreclosure of the property securing said loan.

(2) Enter an order requiring the Debtor to account and pay over to HeritageBank of the South all rentals collected by the Debtor on the foreclosed properties after the respective dates of the foreclosures.

(3) Enter an order granting such other, further relief as to the Court may seem just and proper.

Respectfully submitted this 19th day of July, 2015.

_____
Donald R. Cleveland
Attorney for HeritageBank of the South
Ala. State Bar ID No. ASB 4441 A55D
Post Office Box 527
West Point, Georgia 31833
706.643.9552
drcleveland@knology.net

Case 14-80298    Doc 135    Filed 07/19/15    Entered 07/19/15 22:45:48    Desc Main
Document      Page 8 of 9

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing Response of HeritageBank of the South to Debtor's Objection to Claims No. 21 & 22 upon Debtor, Counsel for Debtor, Bankruptcy Trustee and the Bankruptcy Administrator listed below by placing a copy of the same in the United States Mail, first-class postage prepaid, on this the `19th day of July, 2015:

Mr. Andrae Renae Chambers
203 Crestview Lane
Valley, Alabama 36854
Debtor

Charles M. Ingrum Jr, Esq.
Ingrum, Rice & Parr, LLC
Post Office Box 229
Opelika, Alabama 36803
Attorney for Debtor

Curtis C. Reding, Esq.
Bankruptcy Trustee
Post Box 173
Montgomery, Alabama 36101

U. S. Bankruptcy Administrator
One Church Street
Montgomery, Alabama 36104

_____
Donald R. Cleveland
Attorney for HeritageBank of the South