STATE OF GEORGIA

TROUP COUNTY

109 North Second Ave., Lanett, Alabama

## AFFIDAVIT OF OCCUPANCY

Before me, the undersigned authority, a Notary Public in and for said State and County, personally appeared **Carolyn Cooper**, who, being duly sworn, deposes and says as follows:

My name is Carolyn Cooper, and I reside at 109 North Second Avenue, Lanett, Alabama. Since approximately 2011 or 2012, I have been a tenant of Andrae Chambers occupying said premises. I do not have a copy of a rental agreement, but I pay a monthly rental of $400.00. On June 3, 2015, I paid Andrae Chambers my June rent. At that time he did not mention to me that the property had been foreclosed. After I received the letter from the attorney for HeritageBank of the South, I called Andrae and asked what was going on. He told to me to make my July rental payment to the Bank.

I understand that this affidavit is a sworn document made under other.

_____
Carolyn Cooper

Sworn to and subscribed before me this ____ day of July, 2015.

_____
Notary Public
Comm. Exp:

*THIS INSTRUMENT PREPARED BY:*
*DONALD R. CLEVELAND*
*ATTORNEY AT LAW*
*POST OFFICE BOX 527*
*WEST POINT, GEORGIA 31833*