STATE OF GEORGIA

TROUP COUNTY

2411 32nd Place, Valley, Alabama

AFFIDAVIT OF OCCUPANCY

Before me, the undersigned authority, a Notary Public in and for said State and County, personally appeared **Janice Shivers**, who, being duly sworn, deposes and says as follows:

My name is Janice Shivers, and I reside at 2411 32nd Place, Valley, Alabama. Since April 8, 2013, I have been a tenant of Andrae Chambers occupying said premises. In accordance with our rental agreement, a copy of which has been presented, my husband and I pay a monthly rental of $525.00. In April of 2015, my husband saw tax sale and foreclosure notices naming Andrae in the newspaper and asked Andrae about them. At that time he said there was nothing wrong and that he intended to take care of his financial matters. On or about June 12, 2015, we paid Andrae Chambers our June rent. At that time he did not mention to me that the property had been foreclosed. Later in June we received a notice to pick up a certified letter and Andrae called and said we should not pick the letter up. The next day he called again and said we should go on and pick the letter up. After we received the letter from the attorney for HeritageBank of the South, we called Andrae and asked if we were going to have to move. He said to contact the Bank's attorney.

I understand that this affidavit is a sworn document made under other.

_____
Janice Shivers

Sworn to and subscribed before me this ____ day of July, 2015.

_____
Notary Public
Comm. Exp:_____

*THIS INSTRUMENT PREPARED BY:*
*DONALD R. CLEVELAND*
*ATTORNEY AT LAW*
*POST OFFICE BOX 527*
*WEST POINT, GEORGIA 31833*