UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 14-80298-WRS
                                                   Chapter 13
ANDRAE RENAE CHAMBERS,

    Debtor

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

For the reasons set forth on the record on July 23, 2015, on the motion for relief from stay filed by HeritageBank of the South (Doc. 125), it is

ORDERED that the motion is GRANTED.

Done this 27th day of July, 2015.

*/s/ William R. Sawyer*

United States Bankruptcy Judge

c: Charles M. Ingrum Jr., Attorney for Debtor
   Donald R. Cleveland, Attorney for Creditor
   Curtis C. Reding, Trustee