UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re      Case No. 14-80298-WRS
Chapter 13

ANDRAE RENAE CHAMBERS,

    Debtor

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

For the reasons set forth on the record on July 23, 2015, on the motion for relief from stay filed by HeritageBank of the South (Doc. 125), it is

ORDERED that the motion is GRANTED.

Done this 27th day of July, 2015.

*/s/ William R. Sawyer*

United States Bankruptcy Judge

c: Charles M. Ingrum Jr., Attorney for Debtor
   Donald R. Cleveland, Attorney for Creditor
   Curtis C. Reding, Trustee

```
                                United States Bankruptcy Court
                                  Middle District of Alabama
In re:                                                                         Case No. 14-80298-WRS
Andrae Renae Chambers                                                          Chapter 13
              Debtor                    CERTIFICATE OF NOTICE
District/off: 1127-3          User: jingram                Page 1 of 2                  Date Rcvd: Jul 27, 2015
                              Form ID: pdfSOME             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2015.
db             +Andrae Renae Chambers,    302 Crestview Lane,    Valley, AL 36854-4650
aty            +Benjamin H Meade,    Gullage & Tickal, LLP,    511 Geneva Street,    Opelika, AL 36801-5839
cr             +Branch Banking & Trust Company,    c/o McCalla Raymer, LLC,    Bankuptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
cr              Branch Banking and Trust Company,    Sasser, Sefton & Brown, P.C.,    c/o D. Brent Hargett, Esq.,
                 P.O. Box 4539,    Montgomery, AL  36103-4539
cr              Branch Banking and Trust Company,    c/o D. Brent Hargett, Esq.,
                 Sasser, Sefton, Brown, Tipton & Davis,    P.O. Box 4539,    Montgomery, AL  36103-4539
cr              Branch Banking and Trust Company,    c/o D. Brent Hargett, Esq.,    Sasser, Sefton & Brown, P.C.,
                 P.O. Box 4539,    Montgomery, AL  36103-4539
cr              Farmers & Merchants Bank,    P.O. Box 128,    LaFayette, AL  36862-0128
cr              HeritageBank of the South,    P.O. Box 50728,    Albany, GA  31703-0728,    UNITED STATES
cr             +TitleMax of Alabama, Inc.,    c/o Galese & Ingram,    800 Shades Creek Pkwy, Ste 300,
                 Birmingham, AL 35209-4544
3034481        +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
3110496         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
3034483         BB&T,   P.O. Box 830913,    Birmingham, AL 35283-0913
3034484        +Best Buy / HSBC Retail Services,    Attn: Bankruptcy Dept.,    P.O. Box 5893,
                 Carol Stream, IL 60197-5893
3097467        +Charles Morton,    P.O. Box 386,    Lanett AL 36863-0386
3034488        +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
3034489        +Farmer’s & Merchants Bank,    Attn: Bankruptcy Dept.,    P.O. Box 128,    Lafayette, AL 36862-0128
3034492        +Heritage Bank,    200 Loftus Drive,    Albany, GA 31705-2949
3122375         HeritageBank of the South,    P. O. Box 50728,    Albany, GA 31703-0728
3034493        +Heritge Bk,    200 Loftus Dr,    Albany, GA 31705-2949
3311659        +James W. Thompson,    2610 17th Avenue,    Phenix City, AL 36867-3819
3290394        +James W. Thompson,    c/o James R. McKoon,    925 Broad Street,    Phenix City, AL 36867-6767
3204601        +Mohinder Singh,    1100 2nd Avenue,    Opelika, AL 36801-4358
3034494        +Sears/CBNA,    PO Box 6189,    Sioux Falls, SD 57117-6189
3052859         Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
3054801         Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
3034495        +Wells Fargo Financial Bank,    Attention: Bankruptcy,    PO Box 10438,
                 Des Moines, IA 50306-0438
3034496        +Wells Fargo Financial/Wachovia Dealer,    PO Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@bbandt.com Jul 27 2015 21:05:13      BB&T Bankruptcy,    P O Box 1847,
                 Wilson, NC  27894
3034482         E-mail/Text: bankruptcy@bbandt.com Jul 27 2015 21:05:12      BB&T,    Po Box 1847,
                 Attn: Bankruptcy,    Wilson, NC 27894
3193101         E-mail/Text: bankruptcy@bbandt.com Jul 27 2015 21:05:12      Branch Banking & Trust Company,
                 Bankruptcy Department,    P.O. Box 1847,    Bankruptcy Section,    Wilson, NC 27894
3040326        +E-mail/Text: ebn@squaretwofinancial.com Jul 27 2015 21:05:39      CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
3034485        +E-mail/Text: ebn@squaretwofinancial.com Jul 27 2015 21:05:39      Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
3034486        +E-mail/Text: arnold.holly@ccbg.com Jul 27 2015 21:05:40      Capital City Bank,    PO Box 900,
                 Tallahassee, FL 32302-0900
3034487         E-mail/Text: arnold.holly@ccbg.com Jul 27 2015 21:05:40      Capital City Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 900,    Tallahassee, FL 32302-0900
3034491        +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2015 21:08:13      Gecrb/Lowes,
                 Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
3034490        +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2015 21:08:13      Gecrb/exmark,    PO Box 965036,
                 Orlando, FL 32896-5036
3119945         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2015 21:08:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
3054548         E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2015 21:05:21
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
3114841         E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2015 21:08:33      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital City Bank,    Post Office Box 900,    Tallahassee, FL 32302-0900
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

Case 14-80298    Doc 138    Filed 07/29/15    Entered 07/30/15 00:25:22    Desc Imaged
                            Certificate of Notice    Page 2 of 3

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2015                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2015 at the address(es) listed below:

```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles M. Ingrum, Jr.    on behalf of Debtor Andrae Renae Chambers bankruptcy@irplaw.com
              Charles N Miller    on behalf of Creditor    TitleMax of Alabama, Inc. charles@galese-ingram.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              Donald R Cleveland    on behalf of Creditor    HeritageBank of the South drcleveland@knology.net
              Dustin B Hargett    on behalf of Creditor    Branch Banking and Trust Company
               bhargett@sasserlawfirm.com,    scloutier@sasserlawfirm.com
              Jeffrey G Tickal    on behalf of Creditor    Capital City Bank jeff@gtflawfirm.com,
               jan@gtflawfirm.com
              Joseph M Tucker    on behalf of Creditor    Farmers & Merchants Bank jmtuckerlaw@aol.com
              Michael J. McCormick    on behalf of Creditor    Branch Banking & Trust Company
               BankruptcyECFMail@mccallaraymer.com
              Michael J. McCormick    on behalf of Creditor    Branch Banking and Trust Company
               BankruptcyECFMail@mccallaraymer.com
              S. Dagnal Rowe    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. dbranche@wilmerlee.com
              William C. Poole    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. william_poole@bellsouth.net,    debbie_presley@bellsouth.net
                                                                                          TOTAL: 12
```