# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  
Andrae Renae Chambers  

    Debtor

Case No. 14−80298  
Chapter 13

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

    An objection was filed to the claim(s) of *Capital City Bank*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

    **ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Done this 30th day of July, 2015.

William R. Sawyer  
United States Bankruptcy Judge