UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                               Case No. 14−80298
                                                    Chapter 13
Andrae Renae Chambers

    Debtor


### ORDER SUSTAINING OBJECTION TO CLAIM(S)

    An objection was filed to the claim(s) of *Capital City Bank*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

    **ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Done this 30th day of July, 2015.

William R. Sawyer
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 14-80298-WRS
Andrae Renae Chambers                                               Chapter 13
          Debtor                     CERTIFICATE OF NOTICE
District/off: 1127-3           User: blivingst              Page 1 of 1                  Date Rcvd: Jul 30, 2015
                               Form ID: osobjclm            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2015.
       +Capital City Bank,   211 N. Monroe St.,   Tallahassee, FL 32301-7619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3034486      +E-mail/Text: arnold.holly@ccbg.com Jul 30 2015 20:59:12    Capital City Bank,   PO Box 900,
       Tallahassee, FL 32302-0900
                                                                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2015                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2015 at the address(es) listed below:
        Bankruptcy Administrator   ba@almb.uscourts.gov
        Charles M. Ingrum, Jr.   on behalf of Debtor Andrae Renae Chambers bankruptcy@irplaw.com
        Charles N Miller   on behalf of Creditor   TitleMax of Alabama, Inc. charles@galese-ingram.com
        Curtis C. Reding   trustees_office@ch13mdal.com
        Donald R Cleveland   on behalf of Creditor   HeritageBank of the South drcleveland@knology.net
        Dustin B Hargett   on behalf of Creditor   Branch Banking and Trust Company
         bhargett@sasserlawfirm.com,   scloutier@sasserlawfirm.com
        Jeffrey G Tickal   on behalf of Creditor   Capital City Bank jeff@gtflawfirm.com,
         jan@gtflawfirm.com
        Joseph M Tucker   on behalf of Creditor   Farmers & Merchants Bank jmtuckerlaw@aol.com
        Michael J. McCormick   on behalf of Creditor   Branch Banking and Trust Company
         BankruptcyECFMail@mccallaraymer.com
        Michael J. McCormick   on behalf of Creditor   Branch Banking & Trust Company
         BankruptcyECFMail@mccallaraymer.com
        S. Dagnal Rowe   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
         Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
         Services, Inc. dbranche@wilmerlee.com
        William C. Poole   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
         Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
         Services, Inc. william_poole@bellsouth.net,   debbie_presley@bellsouth.net
                                                                                                           TOTAL: 12