# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

IN RE:  ANDRAE RENAE CHAMBERS           )           CHAPTER 13
       Debtor                                   )           Case No. 14-80298

## ANSWER TO MOTION TO DISMISS

COMES NOW Andrae Renae Chambers, (hereinafter "Debtor"), by and through his undersigned counsel and Answers the Trustee's Motion to Dismiss by stating that he did get behind, but has recently made payments to catch up, and wishes to remain in Chapter 13.

Done this the 10th day of August, 2015.

                                                  /s/ Charles M. Ingrum, Jr._____
                                                  Charles M. Ingrum, Jr. (ING-028)
                                                  Attorney for the Debtor
                                                  P.O. Box 229
                                                  Opelika, AL  36803
                                                  (334) 745-3333
                                                  FAX (334) 745-3155
                                                  bankruptcy@irplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a true and correct copy of the above ANSWER TO MOTION TO DISMISS to the following parties, by electronic means, or by placing the same in the United States Mail, postage prepaid, on this the 10th day of August, 2015.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

                                                /s/ Charles M. Ingrum, Jr._____
                                                Charles M. Ingrum, Jr.