**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

| | |
|---|---|
| In re | Case No. 14–80298 |
| Andrae Renae Chambers | Chapter 13 |
| Debtor | |

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, George W. Andrews Federal Building, 701 Avenue A, Opelika, AL 36801

on August 19, 2015 at 10:15 AM

to consider and act upon the following:

*133* – Trustee's Motion to Conditionally Dismiss Case for Failure to Make Plan Payments . Responses due by 08/10/2015. (Reding, Curtis)

*141* – Debtor's Objection to Trustee's Motion to Conditionally Dismiss filed by Charles M. Ingrum Jr. on behalf of Andrae Renae Chambers (RE: related document(s)133 Trustee's Motion to Conditionally Dismiss Case). (Ingrum, Charles)

Dated: August 12, 2015

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court