UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  
Andrae Renae Chambers  
    Debtor

Case No. 14−80298  
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, George W. Andrews Federal Building, 701 Avenue A, Opelika, AL 36801

on August 19, 2015 at 10:15 AM

to consider and act upon the following:

*133* − Trustee's Motion to Conditionally Dismiss Case for Failure to Make Plan Payments . Responses due by 08/10/2015. (Reding, Curtis)

*141* − Debtor's Objection to Trustee's Motion to Conditionally Dismiss filed by Charles M. Ingrum Jr. on behalf of Andrae Renae Chambers (RE: related document(s)133 Trustee's Motion to Conditionally Dismiss Case). (Ingrum, Charles)

Dated: August 12, 2015

Juan−Carlos Guerrero  
Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

District/off: 1127-3     User: jmclain     Page 1 of 1     Date Rcvd: Aug 12, 2015
                   Form ID: ntchrgBK     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2015.
db         +Andrae Renae Chambers,    302 Crestview Lane,    Valley, AL 36854-4650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2015                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2015 at the address(es) listed below:
          Bankruptcy Administrator   ba@almb.uscourts.gov
          Charles M. Ingrum, Jr.   on behalf of Debtor Andrae Renae Chambers bankruptcy@irplaw.com
          Charles N Miller   on behalf of Creditor   TitleMax of Alabama, Inc. charles@galese-ingram.com
          Curtis C. Reding    trustees_office@ch13mdal.com
          Donald R Cleveland   on behalf of Creditor   HeritageBank of the South drcleveland@knology.net
          Dustin B Hargett   on behalf of Creditor   Branch Banking and Trust Company
           bhargett@sasserlawfirm.com,   scloutier@sasserlawfirm.com
          Jeffrey G Tickal   on behalf of Creditor   Capital City Bank jeff@gtflawfirm.com,
           jan@gtflawfirm.com
          Joseph M Tucker   on behalf of Creditor   Farmers & Merchants Bank jmtuckerlaw@aol.com
          Michael J. McCormick   on behalf of Creditor   Branch Banking & Trust Company
           BankruptcyECFMail@mccallaraymer.com
          Michael J. McCormick   on behalf of Creditor   Branch Banking and Trust Company
           BankruptcyECFMail@mccallaraymer.com
          S. Dagnal Rowe   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
           Services, Inc. dbranche@wilmerlee.com
          William C. Poole   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services, successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
           Services, Inc. william_poole@bellsouth.net,   debbie_presley@bellsouth.net
                                                                                                                                         TOTAL: 12