# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

ANDRAE RENAE CHAMBERS,

    Debtor.

Case No. 14-80298-WRS
Chapter 13

## ORDER DISMISSING BANKRUPTCY CASE

The Chapter 13 Trustee filed a motion on July 16, 2015 to dismiss this case because of a default by the debtor in payments under the confirmed chapter 13 plan.

The debtor filed an objection and a hearing was held on August 19, 2015.

Upon representation of the parties, it appears that the debtor is still in default. Therefore, it is

ORDERED that the objection is OVERRULED and the motion is GRANTED.

FURTHER ORDERED that the Chapter 13 Trustee's office shall file and serve on all creditors a final accounting reflecting the receipts and disbursements in this case.

Done this 21st day of August, 2015.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Debtor
    Charles M. Ingrum, Jr., Attorney for Debtor
    Curtis C. Reding, Trustee
    All Creditors